UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 05-1644-CBS |
| ) | |
| v. ) | |
| ) | |
| MICHAEL R. DEPPE, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and supporting affidavit in this matter. Because the defendant has been arrested, there is no longer any need for sealing.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Adam J. Bookbinder /c.q.
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: February 7, 2005