AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

*filed in open court 2/28/2005*

## APPEARANCE

Case Number: 05-40007-FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **MICHAEL DEPPE**

I certify that I am admitted to practice in this court.

_2/28/05_
Date

_Steven Rappaport_ (Signature)

Steven J. Rappaport   412300
Print Name                  Bar Number

228 Central Street
Address

Lowell          MA          01852
City            State       Zip Code

978-454-8103    978-937-9422
Phone Number              Fax Number