UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 05 CR 40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
| Defendant ) | |
| ) | |

### DEFENDANT'S PROPOSED CONDITIONS
### OF RELEASE PENDING TRIAL

The Government has moved for the defendant's detention pending trial on the instant indictment pursuant to 18 U.S.C. § 3142 (f)(2)(A), submitting that the defendant poses a serious flight risk.

The defendant submits that the instant indictment charges offenses do not involve crimes of violence nor crimes relating to narcotic drugs, therefore, the rebuttable presumption created by 18 U.S.C. § 3142(e) does not apply in this case.

The defendant is 20 years of age (DOB: 11/5/84) and lives with Jessica, his wife of 7 months, at 59 Bennett Street, Hudson, MA. The defendant was born in New Jersey, where his father still resides, and with the exception of a 3-4 month period from 6/02-9/02 when he lived in New Jersey, the defendant has lived in Massachusetts for the past 8 years. The defendant's mother, Catherine Grayzel, with whom he maintains a close relationship, resides with the defendant's step-father and 17 year old sister, Jessica, at 54 Wildwood Road, Stowe, MA.

The defendant earned his General Equivalency Diploma from Assabet Valley Regional High School, Marlboro, MA in 2002. The defendant has completed one year of college at

1

Framingham State College and intends to re-enter that school in September, 2005. The defendant's wife presently attends Framingham State College, majoring in History.

The defendant suffers from no physical disabilities. The defendant has no history of mental illness, although he did have approximately six counseling sessions in the past relating to a prior court case. The defendant does not use alcohol or illegal drugs (The defendant submitted to a consensual drug screen while in custody in Florida on the instant charges. The results of that drug screen were negative.).

The defendant is an active member of the New Creation Family Church in Worcester, MA, serving in the church's Hospitality Ministry. The defendant submits herewith a character reference from Reverend Brian Reynolds, Senior Pastor, New Creation Family Church.

The defendant has been self-employed for 6 years, most recently doing business as Luxury Brokers, primarily selling items of sports memorabilia.

The defendant does have a criminal history, however, the defendant's prior charges have all been dismissed. The defendant's only prior charge to be dismissed after a continuance without a finding involved operation of a motor vehicle after his driver's license had been revoked.

The defendant does have pending charges in the Worcester County Superior Court and the Concord District Court, involving allegations of larceny which form the gravamen of the instant indictment. Upon information and belief, the Commonwealth will file a nolle prosequi as to those charges now that the instant indictment has been returned. Of great significance is the fact that although he was facing a potential sentence of 89.5 years on the Superior Court charges, the defendant has dutifully made all prior court appearances (6 appearances between 2/19/04 and

12/27/04) without a single default. In addition, the defendant has never defaulted on a court appearance in the past.

A civil restraining order was issued against the defendant on June 11, 2002. The order expired on June 10, 2003. The complainant on that order, the defendant's mother Catherine Grayzel, is supportive of the defendant's release on the instant charges.

The defendant, a United States citizen, does not possess a passport, nor will he attempt to obtain one during his release pending trial.

The defendant submits that there are conditions of release that will reasonably assure his appearance as required by the Court. The defendant proposes as follows:

1. The defendant will execute an unsecured bond in an amount to be determined by the Court;

2. The defendant will report to Pretrial Services in person or by telephone as often as deemed appropriate;

3. The defendant will maintain his present residence with his wife as a third party custodian if deemed necessary and appropriate by the Court;

4. The defendant will maintain employment;

5. The defendant will open no new bank accounts or lines of credit (with the exception of verified student loans, if necessary and permitted);

6. The defendant will agree not to obtain a passport; and

7. The defendant will agree to such other reasonable statutory or special requirements as deemed appropriate by the Court and Pretrial Services.

As the Supreme Court cautioned in United States v. Salerno, 481 U.S. 739, 747 (1987),

3

"[i]n our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." In the instant circumstances, a preponderance of the evidence does not establish that the defendant poses a risk of flight.

WHEREFORE, the defendant submits that subject to restrictions placed on the defendant by the Court, this Court should order the release of the defendant pending trial.

Respectfully submitted,

MICHAEL R. DEPPE
By his attorney:

_____
Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
Tel: 978-454-8103
BBO#412300

4



February 26, 2005

To Whom It May Concern,

Over the years that Mike Deppe has attended New Creation Family Church, he has been a blessing in many different ways. Mike has been involved in the past by helping with the youth group as well as with our building renovations. More recently, Mike has been serving in our Hospitality Ministry in a variety of positions. I am pleased to say that Mike has been one of our partners (members) that has come to me on more than one occasion with ideas of how he could help the church grow and achieve her goals. As a pastor, it's always refreshing to have people in your church that are determined to be part of the solution and not part of the problem. In addition, Mike has shown himself to be a man of generosity as a faithful giver to New Creation Family Church.

If you have any questions regarding Mr. Deppe's character, please don't hesitate to call my office at 508-799-2437.

Sincerely,

*Rev. Brian Reynolds*

Rev. Brian Reynolds
Senior Pastor

BR/lr

P.O. Box 3001   Worcester MA  01613   508-799-2437