AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

MICHAEL DEPPE

## EXHIBIT AND WITNESS LIST

Case Number:  05-40007-FDS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY BOOKBINDER | DEFENDANT'S ATTORNEY RAPPAPORT |
|---|---|---|
| TRIAL DATE (S) 3/3/2005 | COURT REPORTER | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 3/3/2005 | | | Michael Blanchard |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 3/3/2005 | | X | Signed Probation Conditions |
| 5 | | 3/3/2005 | | X | Transcript of Voice Mail Message |
| 2 | | 3/3/2005 | | X | List of Defrauded Victims (Super Bowl Tickets) |
| 3 | | 3/3/2005 | | X | Hand Written Receipt of $83,000.00 given to Mike Deppe 1-28-2005 |
| 4 | | 3/3/2005 | | X | Receipt Dft presented to Englehart re: 2nd installment of funds |
| 6 | | 3/3/2005 | | X | E-Bay advertisement for Super Bowl Tickets |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages