UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHAEL R. DEPPE, )<br>)<br>Defendant. )<br>) | Case No. |

GOVERNMENT'S ASSENTED-TO MOTION
TO CONTINUE AUTOMATIC DISCOVERY DEADLINE

Because the defendant filed a Notice Re: Automatic Disclosure on March 3, 2005, the government would ordinarily be required to produce Rule 116.1(C) automatic discovery 14 days later, or March 17, 2005. Because the government intends to present the grand jury with a superseding indictment within the next month, however, it asks the Court, with the defendant's assent, to continue the deadline for automatic discovery to 14 days after the superseding indictment is returned or May 4, 2005, whichever is earlier.

The government makes this request so that it can make one complete automatic discovery production to the defendant, rather than doing discovery piecemeal. Extending the discovery deadline will enable the government to organize the discovery material in a way that will facilitate the defendant's review and ensure that all discoverable material is produced.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:   /s/ Adam Bookbinder
       Adam J. Bookbinder
       Assistant U.S. Attorney

Dated: March 18, 2005