UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL R. DEPPE, )<br>           Defendant    ) | Cr. No. 05-40007-FDS |

## DEFENDANT'S MOTION FOR CLARIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

The defendant, through undersigned counsel, seeks clarification of the scope of the Government's authority to search his residence pursuant to paragraph (W) of the Order Setting Conditions of Release, dated March 3, 2005.

As reasons therefore, counsel alleges that he believes that agents of the Government are, under the guise of the authority to search contained in that Order, violating the defendant's Fourth, Fifth and Sixth Amendment rights in order to gain an unfair advantage in the prosecution of this case.

As documented in the Affidavit of Counsel, submitted herewith, and incorporated by reference, counsel believes that agents of the Government have engaged in illegal general searches of the defendant's residence, illegal interrogations of the defendant and have perused correspondence from counsel to the defendant.

Respectfully submitted,

MICHAEL DEPPE
By his attorney,

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
BBO# 412300