## CERTIFICATE OF SERVICE

I, Steven J. Rappaport, hereby certify that I have served a copy of the following:

1. Defendant's Motion for Clarification of Order Setting Conditions of Release; and

2. Affidavit of Counsel;

upon the Government by first class mail to:

Adam Bookbinder
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210

and by fax transmission to (617) 748-3960,

This 8th day of April, 2005.

_____
Steven J. Rappaport