# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )   CRIMINAL ACTION
                              )   NO. 05-40007-FDS
MICHAEL R. DEPPE,             )
         Defendant,           )
_____)
```

## INITIAL STATUS REPORT
### April 13, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Superseding Indictment</u>

On March 30, 2005, a Superseding Indictment was returned charging Mr. Deppe with additional offenses. On April 11, 2005, Mr. Deppe was arraigned on this Superseding Indictment.

2. <u>Discovery</u>

Mr. Deppe's counsel has requested additional time for his client and him to review the substantial amount of discovery produced by the Government in this case. I have granted that request.

3.   <u>Further Status Conference</u>

A further status conference shall be held in this case on June 2, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 14, 2005 (date of expiration of prior order of excludable time) through June 2, 2005 (date by which Mr. Deppe and his counsel will have completed review of discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 11, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE