UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>MICHAEL R. DEPPE,           )<br>     Defendant,             )<br>                             ) | **CRIMINAL ACTION**<br>**NO. 05-40007-FDS** |

ORDER OF EXCLUDABLE TIME
April 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 14, 2005 (date of expiration of prior order of excludable time) through June 2, 2005 (date by which Mr. Deppe and his counsel will have completed review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE