# RAPPAPORT & DELANEY
### ATTORNEYS AT LAW

STEVEN J. RAPPAPORT

228 CENTRAL STREET
LOWELL, MASSACHUSETTS 01852-2201

SÉAN T. DELANEY +
+ Also admitted in Rhode Island and Florida

TELEPHONE: (978) 454-8103
FACSIMILE: (978) 937-9422

May 11, 2005

Lisa Roland
Courtroom Clerk for
Magistrate Judge Charles B. Swartwood, III
404 Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA  01608-2076

    Re:    <u>United States v. Michael Deppe</u>
             Docket No. 05-40007-FDS

Dear Ms. Roland:

    I am requesting that a transcript of the testimonial evidence before the Court at the above-referenced defendant's Release/Detention Hearing held on March 3, 2005 be produced.

    Please be so kind as to bill me at this office for all expenses incurred in producing the requested transcript.

    Thank you for your cooperation.

                                            Very truly yours,

                                            Steven J. Rappaport

SJR/mn