UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                          ) | Cr. No. 05-40007-FDS |
| ) | |
| MICHAEL R. DEPPE,                           ) | |
|             Defendant                          ) | |

DEFENDANT'S MOTION TO AMEND
ORDER SETTING CONDITIONS OF RELEASE

The defendant, through undersigned counsel, moves to amend the Order setting conditions of release as follows:

1. The defendant requests that his travel restriction to Worcester and Middlesex counties be amended to allow the defendant to travel to Suffolk County for work-related purposes. As reason therefore, the defendant has recently secured employment at Chambers Motor Cars of Boston. In order to go to and from work the defendant must pass through Suffolk County. Further, as a necessary incident to his employment, the defendant must deliver cars to customers in the Boston area and must be able to pick up customers in the Boston area.

2. The defendant requests that he be required to report in person to his Pretrial Services Officer one time each week on Tuesdays rather than two times per week. The defendant will continue to report by telephone (land line) to his Pretrial Services Officer four times per week. The requested amendment to reporting requirements is occasioned by the responsibilities of the defendant's new employment situation.

Undersigned counsel has spoken to Vangi Cuascut, the defendant's Pretrial Services Officer, who does not object to the aforesaid amendments to the Order setting conditions of release.

       Respectfully submitted,

       MICHAEL DEPPE
       By his attorney:


       /s/Steven J. Rappaport
       Steven J. Rappaport
       Rappaport & Delaney
       228 Central Street
       Lowell, MA  01852
       (978) 454-8103
       BBO# 412300