

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

July 12, 2005

Lisa Roland, Courtroom Clerk
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Lisa:

    Per your telephone message I am requesting a copy of a March 3, 2005 detention hearing before Judge Swartwood in Worcester. The case is <u>United States v. Deppe,</u> Criminal No. 05-4007-FDS, AUSA Adam Bookbinder. Also, can you let me know what the total amount will be so that I may get a document control number from our administration department for payment of this.

    Thank you. If you have any questions, I can be reached at 617-748-3167.

Sincerely,

*Janet Smith*
Janet Smith


cc: Adam Bookbinder