UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 05-40007-FDS
MICHAEL R. DEPPE,              )
        Defendant,             )
                               )
_____)
```

STATUS REPORT
July 26, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has completed its obligation for automatic discovery which involves a great deal of documentary evidence. Mr. Deppe's counsel has requested additional time to review those documents with his client. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on September 14, 2005, at 3:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 22, 2005 (date of expiration of prior order of excludable time) through September 14, 2005 (date by which Mr. Deppe and his counsel will have reviewed the discovery produced by the Government in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, November 23, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE