UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   CRIMINAL ACTION
                              )   NO. 05-40007-FDS
MICHAEL R. DEPPE,             )
        Defendant,            )
                              )
_____)

STATUS REPORT
September 14, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Deppe's counsel has reviewed the discovery produced by the Government in this case, but has requested additional time to determine whether or not Mr. Deppe is required to provide reciprocal discovery. Additionally, Mr. Deppe's counsel needs additional time to determine whether or not to file substantive motions. I have granted Mr. Deppe's counsel's requests.

2. Further Status Conference

A further status conference shall be held in this case on October 17, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Deppe, I am excluding from the Speedy Trial Act, the period from September 14, 2005 (date of expiration of prior order of excludable time) through October 17, 2005 (date by which Mr. Deppe's counsel will have determined whether or not reciprocal discovery must be served on the Government and whether or not substantive motions will be filed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, December 26, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE