UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>MICHAEL R. DEPPE,      )<br>    Defendant,    )<br>                  ) | **CRIMINAL ACTION**<br>**NO. 05-40007-FDS** |

ORDER OF EXCLUDABLE TIME
September 14, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 14, 2005 (date of expiration of prior order of excludable time) through October 17, 2005 (date by which Mr. Deppe's counsel will have determined whether or not reciprocal discovery must be served on the Government and whether or not substantive motions will be filed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE