# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA,   ) <br> ) <br> ) <br> v.            ) <br> ) <br> MICHAEL R. DEPPE,       ) <br>     Defendant,      ) <br> _____) | **CRIMINAL ACTION** <br> **NO. 05-40007-FDS** |

### STATUS REPORT
### October 17, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Deppe's counsel intends to file a Motion To Suppress and a Motion To Sever. Those motions shall be filed by December 16, 2005 and the Government shall file its opposition to those motions by January 12, 2006.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on January 13, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

At the request of the Government and with the assent of counsel for Mr. Deppe, I am excluding from the Speedy Trial Act, the period from October 17, 2005 (date of expiration of prior order of excludable time) through January 12, 2006 (date by which the Government is to file its opposition to Mr. Deppe's substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, March 23, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE