0638-1129-0238-B

AO 442    (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of          MASSACHUSETTS

UNITED STATES OF AMERICA

Filed in open court

V.                                          **WARRANT FOR ARREST**

11/29/2005

MICHAEL DEPPE                    Case          04-40007-FDS

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL DEPPE _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment  ☐ Information  ☐ Complain   Order of court  X Violation    ☐ Probation Violation Petition

charging him or her        (brief description of offense)

VIOLATION OF CONDITIONS OF PRETRIAL RELEASE

in violation of _____ United States Code, Section(s) _____

Charles B. Swartwood, III              Chief Magistrate Judge
Name of Issuing Officer                Title of Issuing Officer

Signature of Issuing Officer           11/28/2005     Worcester, MA
                                       Date and Location

Bail fixed at $ _____ by _____
                                       Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ Worcester, MA |

| DATE RECEIVED 11/28/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/29/05 | Kevin J. Wahl  DUSM | |