AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

MICHAEL DEPPE

## EXHIBIT AND WITNESS LIST

Case Number: 05-40007-FDS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Bookbinder | DEFENDANT'S ATTORNEY<br>Rappaport |
|---|---|---|
| TRIAL DATE (S)<br>11/29/2005-11/30/2005 | COURT REPORTER<br>3:16 pm, 11:14 am | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 11/29/05 | | | PTS Vangie Cuascut |
| | | 11/29/05 | | | Michael Blanchard |
| | | 11/30/05 | | | PTS Vangie Cuascut |
| | | 11/30/05 | | | Michael Blanchard |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 11/29/05 | X | X | Packet of documents including memo from Agent Blanchard and Exhibits 0-17 (additional attachments added) |
| | A | 11/29/05 | X | X | Ragsdale Chevrolet receipt of deposit |
| | B | 11/30/05 | X | X | Pay Pal Account Records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages