UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-40007-FDS |
| | ) | |
| MICHAEL R. DEPPE, | ) | |
| Defendant | ) | |

DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

Pursuant to Rules 47, 41(h) and 12(b)(3)(c) of the Federal Rules of Criminal Procedure, the defendant submits that he was subjected to an illegal search conducted by federal and state law enforcement officers on April 5, 2005 at approximately 7:30 a.m. at his residence located at 59 Bennett Street, Hudson, MA in violation of the Fourth Amendment to the United States Constitution, and moves that this Court order the suppression at trial of any and all evidence of observations made by such officers as a result of the illegal search.

As reason therefore, the defendant submits that under the guise of the limited authority to search his residence pursuant to paragraph (w) of the Order Setting Conditions of Release, dated March 3, 2005, Government agents engaged in an illegal general search of the defendant's residence without a warrant, engaged in an illegal interrogation of the defendant, and may have perused correspondence from counsel to the defendant, all in an effort to gain an unfair advantage in the prosecution of this case. A copy of the Order Setting Conditions of Release is appended hereto, and incorporated

by reference herein along with the Court's (Swartwood, M.J.) explanation of the breadth of that order (see excerpt of transcript of Detention Hearing held on March 3, 2005, appended hereto and incorporated by reference herein).

WHEREFORE, for the reasons stated herein, in the Affidavit of Michael Deppe, and the Affidavit of Counsel submitted herewith and the defendant's Memorandum of Law in Support of the Defendant's Motion to Suppress Evidence, the defendant requests that this Court order the suppression of the aforementioned evidence.

MICHAEL DEPPE
By his attorney:

s/Steven J. Rappaport

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
BBO# 412300

Dated: December 13, 2005