UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
| Defendant ) | |

DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

Since the officers conducting the challenged search did not possess a search warrant, the Government bears the burden of demonstrating that the search falls within a narrow class of permissible exceptions to the warrant requirement. Chimel v. California, 395 U.S. 752, 762 (1969).

By virtue of the Court's order setting conditions of release, the defendant (and his wife) provided the Government with the limited authority to search his residence for the presence of computers. The line between the limited search authorized by the order and the general search that was conducted was crossed when Inspector Blanchard rummaged through the defendant's desk drawer inspecting documents for potential evidentiary value. In Horton v. California, 496 U.S. 128 (1990), the Supreme Court explained that the fact that an officer has a subjective interest in an item of evidence "and fully expects to find it in the course of a search should not invalidate its seizure if the search is confined in an area or duration by the terms of a….valid exception to the warrant requirement." Id. at 138. However, "[i]f the scope of the search exceeds that permitted by the

…character of the relevant exception from the warrant requirement, the subsequent seizure is unconstitutional without more." By his actions of reading the documents contained in the defendant's desk, Inspector Blanchard converted the limited search authorized by the release order into a general search of the defendant's home for potential evidence in violation of the Fourth Amendment.

                                    MICHAEL R. DEPPE
                                    By his attorney:

                                    s/Steven J. Rappaport
                                    Steven J. Rappaport
                                    Rappaport & Delaney
                                    228 Central Street
                                    Lowell, MA  01852
                                    (978) 454-8103
                                    BBO# 412300

dated: December 13, 2005