UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
| Defendant ) | |

DEFENDANT'S MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

Pursuant to Rules 47 and 14 of the Federal Rules of Criminal Procedure, the defendant avers that the Superseding Indictment misjoins two unrelated alleged fraud schemes (hereinafter referred to as "the merchandise fraud" and "the Super Bowl ticket fraud" as each alleged fraud scheme is identified in the Superseding Indictment) because they are not of the same or similar character, they are not based on the same or similar transaction and they are not connected with or constitute parts of a common scheme or plan, and, further submits that the joinder of the distinct alleged fraud schemes for trial will cause the defendant prejudice so compelling that it will prevent him from obtaining a fair trial on each.

WHEREFORE, for the reasons stated herein, in the affidavit of Michael R. Deppe and the defendant's Memorandum of Law in Support of Defendant's Motion For Relief From Prejudicial Joinder, the defendant requests that this Court order that Counts 1-8 (inclu.) and Courts 13-14 be severed from Counts 9-12 (inclu.) and Counts 15-16 and order that "the

merchandise fraud" charges and "the Super Bowl fraud" charges be tried separately.

            MICHAEL R. DEPPE
            By his attorney:


            <u>s/Steven J. Rappaport</u>
            Steven J. Rappaport
            Rappaport & Delaney
            228 Central Street
            Lowell, MA  01852
            (978) 454-8103
            BBO# 412300

dated:  December 13, 2005