UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL R. DEPPE, )<br>Defendant ) | Cr. No. 05-40007-FDS |

AFFIDAVIT OF MICHAEL R. DEPPE

I, Michael R. Deppe, defendant in the above-referenced matter, hereby depose and aver as follows:

1. I have discussed the issue of severing the two sets of charges against me for purposes of trial with my attorney.

2. It is my desire to have the two sets of charges severed for purposes of trial.

3. I hereby agree to waive any double jeopardy rights I may have if the Court severs the two sets of charges for trial.

_____
Michael R. Deppe

Dated:   December 12th, 2005