UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 05-40007-FDS |
| v.  ) | |
| ) | |
| MICHAEL R. DEPPE,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

GOVERNMENT'S ASSENTED-TO MOTION
TO CONTINUE DEADLINE FOR OPPOSITION TO
MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

The government, with the defendant's assent, asks the Court to extend the deadline for its response to the defendant's Motion For Relief From Prejudicial Joinder from January 12, 2005 to January 19.

The government today filed its opposition to Defendant's Motion to Suppress Evidence, which involved a more complicated legal analysis than the undersigned AUSA had anticipated. The AUSA has also had several other matters recently that required attention. The government therefore asks for an additional week to respond to the defendant's Motion for Relief From Joinder. This additional time should not delay the proceedings in this case, because the parties will, at tomorrow's status conference, be asking that the case be reported to the district court for the scheduling of motion hearings and trial.

Defense counsel has assented to this motion.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:   /s/ Adam Bookbinder
                                   Adam J. Bookbinder
                                  Assistant U.S. Attorney

Dated: January 12, 2006

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to counsel as identified on the Notice of Electronic Filing.

                                          /s/ Adam Bookbinder
                                          Adam J. Bookbinder

Dated: January 12, 2006