UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   CRIMINAL ACTION
                                    )   NO. 05-40007-FDS
MICHAEL R. DEPPE,                   )
         Defendant,                 )
                                    )
_____ )

FINAL STATUS REPORT
January 13, 2006

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. Substantive Motions

Mr. Deppe's counsel has filed a Motion To Suppress and a Motion To Severe. The Government has requested and I have granted it additional time to file its opposition to those motions by January 19, 2006. Counsel for both parties will be prepared to proceed with a hearing on these motions after January 19, 2006.

2. Excludable Time

At the request of the Government and with the assent of counsel for Mr. Deppe, I am excluding from the Speedy Trial Act, the period from January 12, 2006 (date of expiration of prior order of excludable time) through January 19, 2006 (date by which the Government is to file its opposition to Mr. Deppe's motions to

severe and suppress). Therefore, I have excluded from the Speedy Trial Act the entire period from date of arraignment through January 19, 2006 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, March 30, 2006</u>.

                                          <u>/s/Charles B. Swartwood, III</u>
                                          CHARLES B. SWARTWOOD, III
                                          CHIEF MAGISTRATE JUDGE