UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>MICHAEL R. DEPPE,        )<br>    Defendant,          )<br>                         ) | **CRIMINAL ACTION<br>NO. 05-40007-FDS** |

**ORDER OF EXCLUDABLE TIME**
**January 13, 2006**

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 12, 2006 (date of expiration of prior order of excludable time) through January 19, 2006 (date by which the Government is to file its opposition to Mr. Deppe's motions to severe and suppress) shall be excluded from the Speedy Trial Act.

                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE