

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 24, 2006

Lisa Roland, Courtroom Clerk
 to the Honorable Magistrate Judge Charles B. Swartwood

Dear Lisa:

    Could you order the transcript of the U.S. v. Deppe detention hearing held on November 29-30, 2005. Please let me know if there is a charge for this and the amount.

    Please forward these to Adam Bookbinder, U.S. Attorney's Office at the above address. If you have any questions please call me at 617-748-3167. Thank you.

                                        Sincerely,

                                        Janet Smith