AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST

**USA** vs. **Deppe**

CASE NO. 05-40007

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/30/06 | | | Michael Blanchard (witness) |
| 1 | | " | ✓ | ✓ | DFI's Consent to Search |
| 2 | | " | ✓ | ✓ | Out of Town Ticket Agency |
| 3 | | " | ✓ | ✓ | Transcript of detention hearing 3/3/05 |
| 4 | | " | ✓ | ✓ | Order setting Conditions of Release |
| 5 | | " | ✓ | ✓ | Credit card chargeback |
| | | " | | | Michael Deppe (witness) |