UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**UNITED STATES of AMERICA,**               )
                                            )
    **Plaintiff,**                          )
                                            )
    v.                                     )   **Criminal No.**
                                            )   **05-40007-FDS**
**MICHAEL R. DEPPE,**                       )
                                            )
    **Defendant.**                          )
_____)

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On December 14, 2005, the defendant moved to suppress evidence of observations police officers made during what he claims was an unlawful search of his residence. The motion was denied for reasons stated in open court at the hearing on January 30, 2006.

On motion of the Court, the period of time from December 14, 2005, through January 30, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) on the basis of delay resulting from the pendency of a pretrial motion.

**So Ordered.**

                                                /s/ F. Dennis Saylor
                                                F. Dennis Saylor IV
                                                United States District Judge

Dated: **January 31, 2006**