UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,    )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    v.                        )<br>                              )<br>MICHAEL R. DEPPE,             )<br>                              )<br>    Defendant.                )<br> | Criminal No.<br>05-40007-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

Following the Court's January 31, 2006, denial of the defendant's motion to suppress, both parties requested time in which to facilitate possible plea negotiations and/or prepare for trial. The Court granted that request, and scheduled a Status Conference for February 27, 2006. At the February 27, 2006, conference, the parties indicated that the defendant intended to plead guilty to certain counts and to go to trial on the others.

On motion of the Court, and with the consent of the parties, the period of time from January 31, 2006, through February 27, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) in the interests of justice and because such continuance outweighs the best interests of the public and the defendant in a speedy trial.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **February 28, 2006**