UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL R. DEPPE,<br><br>　　Defendant. | Criminal No.<br>05-40007-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the February 27, 2006, Status Conference, the parties informed the Court that the defendant will plead guilty to ten of the counts pending against him, and that six counts will remain to be tried. In order to accommodate the schedule of counsel for the defendant, and to permit pre-trial preparation, the Court scheduled a jury trial for April 24, 2006.

On motion of the Court, and with the consent of the parties, the period of time from February 27, 2006, through April 24, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) in the interests of justice and because such continuance outweighs the best interests of the public and the defendant in a speedy trial.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: **February 28, 2006**