CERTIFICATE OF SERVICE

      I, Steven J. Rappaport, hereby certify that I have caused Defendant's Motion to Revoke Order of Detention to be filed to be filed filed electronically and it will be served electronically to registered ECF participants and by sending paper copies to non-registered participants as indicated on the NEF.

                                              s/Steven J. Rappaport
                                              Steven J. Rappaport

dated:       March 3, 2006