UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Case No. 05-40007-FDS |
| MICHAEL R. DEPPE, | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEARANCE**

    The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves this Court to enter an appearance for Seth P. Berman as attorney for the United States.

                                                          Very truly yours,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

                  By:    /s/ Seth P. Berman
                          SETH P. BERMAN
                          Assistant U.S. Attorney

DATED:      March 17, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing Notice of Appearance by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

      Scott Lopez, Esq.
      24 School Street, 8th Floor
      Boston, MA  02108


This 24th day of February 2004.


                                              SETH P. BERMAN
                                              ASSISTANT UNITED STATES ATTORNEY