CERTIFICATE OF SERVICE

      I, Steven J. Rappaport, hereby certify that I have caused Defendant's Proposed Questions to Prospective Jurors to be filed to be filed electronically and it will be served electronically to registered ECF participants and by sending paper copies to non-registered participants as indicated on the NEF.

                                                    s/Steven J. Rappaport  
                                                    Steven J. Rappaport

dated:       March 31, 2006