UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Case No. 05-40007-FDS |
| MICHAEL R. DEPPE, | ) ) ) | |
| Defendant. | ) ) ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Adam Bookbinder and Seth P. Berman, hereby gives notice that it may call the following persons as witnesses during its case-in-chief.  The government reserves the right to add additional witnesses prior to trial.

Joseph Gonzalez
Houston, TX

Jeremy D. Diamond
North York, Ontario, Canada

Ryan Mugar
Yorba Linda, CA

Joe Carlson
Joliet, IL

Brian Bell
Hilton Head, SC

William Englehart
Chester, NY

Ann Correale-Englehart
Chester, NY

Jennifer Serpico
Cinnaminson, NJ

Frederick Kozlowski
Voorhees, NJ

Mike DiPlatzki
North Reading, MA

Edward Miller
Willow Grove, PA

Kyle Mitchell
Ardmore, PA

Steven Randall
Marlborough, MA

Mary Reitter
Framingham, MA

Michael H. Sussman
Goshen, NY

John Pattenaude
Sanford, FL

Sheldon Cohen
Out of Town Ticket Agency
Cambridge, MA

Sandra Veliz
Out of Town Ticket Agency
Cambridge, MA

Lt. Michael Burks
Hudson Police Department

Stoney Burke
Ebay/PayPal
San Jose, CA

Keeper of the Records
Ebay/Paypal

Keeper of the Records

Unclebob.com

Keeper of the Records
Verizon Wireless

Keeper of the Records
Key Bank

Keeper of the Records
Fast Lane

Postal Inspector Michael Blanchard
US Postal Inspection Service
Manchester, NH

Forensic Examiner James Bachman
US Postal Inspection Service
Boston, MA

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By:   /s/ Seth P. Berman
       ADAM BOOKBINDER
       SETH P. BERMAN
       Assistant U.S. Attorney

Dated:   March 31, 2006

### CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                /s/ Seth P. Berman
                                                Seth P. Berman

Dated:   March 31, 2006