UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                         )<br>)<br>MICHAEL R. DEPPE,                )<br>)<br>Defendant.                           )<br>) | Case No. 05-40007-FDS |

### GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Adam Bookbinder and Seth P. Berman, hereby submits this Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

Exhibit No.   Description

| Exhibit No. | Description |
|---|---|
| 1A | 4/2/03 Email from houstonhomeneternatianment@att.net (Joseph Gonzalez) to famousfacesmd@aol.com (Deppe) |
| 1B | 4/2/03 Email from famousfacesmd@aol.com (Deppe) to houstonhomeneternatianment@att.net (Joseph Gonzalez) |
| 1C | 4/3/03, 2:20 pm, Email from famousfacesmd@aol.com (Deppe) to houstonhomeneternatianment@att.net (Joseph Gonzalez) |
| 1D | 4/2/03, 2:52 pm, Email from famousfacesmd@aol.com (Deppe) to houstonhomeneternatianment@att.net (Joseph Gonzalez) |
| 1E | 4/7/03 Email from houstonhomeneternatianment@att.net (Joseph Gonzalez) to famousfacesmd@aol.com (Deppe) |
| 1F | 4/3/03 Email from famousfacesmd@aol.com (Deppe) to houstonhomeneternatianment@att.net (Joseph Gonzalez) |
| 1G | 4/8/03 Email from houstonhomeneternatianment@att.net (Joseph Gonzalez) to famousfacesmd@aol.com (Deppe) dated |

| 1H | 4/9/03 Email from famousfacesmd@aol.com (Deppe) to houstonhomeneternatianment@att.net (Joseph Gonzalez) |
|----|---|
| 2A | 10/29/03 Deppe Contract with Jeremy Diamond |
| 2B | USPS Express Mail Label for Package from Deppe to Air Canada Center |
| 2C | 11/19/03 Email from Michael Deppe to AttorneyDiamond@yahoo.com |
| 2D | 11/20/03 Email from Michael Deppe to AttorneyDiamond@yahoo.com |
| 2E | 11/25/03 Email from Michael Deppe to AttorneyDiamond@yahoo.com |
| 2F | 11/22/03 Deppe Contract with Jeremy Diamond |
| 3A | 2/1/04 Email from Matttebo146@hotmail.com (Deppe) to Rolexsellerrye@aol.com (Ryan Mugar) |
| 3B | 2/11/04 Email from Matttebo146@hotmail.com (Deppe) to Rolexsellerrye@aol.com (Ryan Mugar) |
| 3C | 2/13/04 Email from Matttebo146@hotmail.com (Deppe) to Rolexsellerrye@aol.com (Ryan Mugar) |
| 3D | 2/14/04 Email from Matttebo146@hotmail.com (Deppe) to Rolexsellerrye@aol.com (Ryan Mugar) |
| 4A | 10/23/03 Email from Michael Deppe to jmc2135@comcast.net (Joe Carlson) |
| 4B | 10/27/03 Email from Michael Deppe to jmc2135@comcast.net (Joe Carlson) |
| 4C | 4/26/04 Email from Michael Deppe to jmc2135@comcast.net (Joe Carlson) |
| 4D | 4/28/04 Deppe Contract with Joe Carlson |
| 4E | USPS Track/Confirm Form for 5/3/04 Delivery |
| 4F | USPS Priority Mail Package from Deppe to Antwan Johnson |
| 4G | Michael Deppe Handwritten Note to Antwan |
| 5A | 12/16/04, 3:52 am, Email from Jessica Hoye (Deppe) to Brian.Bell1@att.net (Brian Bell) |
| 5B | 12/16/04, 1:59 pm, Email from Jessica Hoye (Deppe) to Brian.Bell1@att.net (Brian Bell) |
| 5C | USPS Track/Confirm Form for 12/18/04 Delivery |
| 5D | USPS Priority Mail Package from Boston Autos to Gerard Hand |

| | |
|---|---|
| 6 | Spreadsheet from Ebay regarding Deppe Account History |
| 7 | Spreadsheet from Ebay regarding Sports Ticket Sales by Aceprosports |
| 8 | Letter from Ebay to Deppe Regarding Account Suspension |
| 9 | Reserved |
| 10 | Verizon Wireless Record for 774-239-5050, (Michael Deppe Mobile Telephone) |
| 11 | Fast Lane Records for Michael Deppe |
| 12 | Key Bank Records for Aceprosports |
| 13 | Reserved |
| 14 | Reserved |
| 15 | Aceprosports Ebay Advertisement for Sale of Superbowl Tickets |
| 16 | 1/28/05 Email from Aceprosports@aol.com Regarding Paypal Regulations |
| 17 | 1/28/05 Receipt for $83,000 signed by Michael Deppe |
| 18 | Comfort Inn Receipt for William Englehart 1/31/05-2/1/05 |
| 19 | Receipt for $183,000 Purportedly from Jonathon Cohen at Out of Town Tickets |
| 20 | Handwritten Note from Michael Deppe Regarding Unsold Superbowl Tickets |
| 21 | 1/28/05 Copy of Check to William Englehart for $25,000 |
| 22 | List of Superbowl Ticket Clients with Shipping Addresses |
| 23 | Handwritten List of Superbowl Ticket Clients |
| 24 | Reserved |
| 25 | Reserved |
| 26 | Reserved |
| 27 | Reserved |
| 28 | Reserved |
| 29 | Reserved |
| 30 | 1/26/05 Email from Aceprosports to Delaware45@hotmail.com (Kyle Mitchell) |

| 31 | Ebay Purchase Statement Regarding Superbowl Tickets Purchased by KmitchPA (Kyle Mitchell) |
|---|---|
| 32 | 1/28/05 Paypal Email to Delaware45@hotmail.com (Kyle Mitchell) Regarding Receipt for Payment |
| 33 | Undated Email from Kyle Mitchell to Aceprosports Regarding Tickets |
| 34 | 1/28/05 Email from Paypal to Delaware45@hotmail.com (Kyle Mitchell) Regarding Payment Refunded |
| 35 | 1/28/05 Email from Aceprosports to Delaware45@hotmail.com (Kyle Mitchell) |
| 36 | 1/28/05 Letter from Kyle Mitchell to Bill Englehart with check for $8,360 |
| 37 | Reserved |
| 38 | Reserved |
| 39 | Reserved |
| 40 | Ebay Purchase Statement Regarding Superbowl Tickets Purchased by beammeuped (Ed Miller) |
| 41 | Reserved |
| 42 | Reserved |
| 43 | Ebay Statement Regarding Superbowl Tickets Purchased by mcicir (Mary Reitter) |
| 44 | 1/26/05 Email from Ebay to mcicir@aol.com (Mary Reitter) |
| 45 | 1/26/05 Email from Aceprosports to karen_reitter@tjx.com |
| 46 | 1/29/05 Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
| 47 | 1/27/05 Check from Mary Reitter to Aceprosports for $4200 |
| 48 | 1/30/05, 1:13 pm, Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
| 49 | 1/30/05, 6:35 pm, Email from Aceprosports to mcicir@aol.com (Mary Reitter) |
| 50 | 1/30/05, 9:17 pm, Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
| 51 | 1/30/05, 9:28 pm, Email from Aceprosports to mcicir@aol.com (Mary Reitter) |
| 52 | 1/30/05, 9:30 pm, Email from Aceprosports to mcicir@aol.com (Mary Reitter) |
| 53 | 2/3/05, Email from mcicir@aol.com (Mary Reitter) to Aceprosports |

| 54 | Reserved |
|---|---|
| 55 | Reserved |
| 56 | 1/24/05 UPS Parcel Shipping Order from Steven Randall to Bill Englehart |
| 57 | Check from Steven Randall to Aceprosports for $6,800 |
| 58 | Reserved |
| 59 | Reserved |
| 60 | Ebay Advertisement Regarding Superbowl Tickets Later Purchased by Michael DiPlatzki |
| 61 | 1/26/05 Saugus Bank Wire Transfer Agreement for $7,999 wire from Michael DiPlatzki to Aceprosports |
| 62 | Reserved |
| 63 | Reserved |
| 64 | Reserved |
| 65 | Reserved |
| 66 | Reserved |
| 67 | Reserved |
| 68 | Reserved |
| 69 | Reserved |
| 70 | Printout of Out of Town Ticket Agency Website |
| 71 | Out of Town Ticket Agency VIP Ticket Service Application for Michael Deppe |
| 72 | 1/13/05 Out of Town Ticket Agency Invoice to Mike Deppe |
| 73 | Out of Town Ticket Agency Stationary |
| 74 | Reserved |
| 75 | Reserved |
| 76 | Reserved |
| 77 | Reserved |
| 78 | Reserved |

| 79 | Reserved |
|----|----------|
| 80 | 2 Superbowl Tickets |
| 81 | List of Superbowl Ticket Clients with Shipping Addresses from Compaq Laptop Computer |

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                       By:    /s/ Seth P. Berman
                                    ADAM BOOKBINDER
                                    SETH P. BERMAN
                                    Assistant U.S. Attorney

Dated:       March 31, 2006

## CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                    /s/ Seth P. Berman
                                    Seth P. Berman

Dated:       March 31, 2006