UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 05-40007-FDS |
| | ) | |
| MICHAEL R. DEPPE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Are you, a family member, or someone close to you employed by any law enforcement agency?

4.     Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system which might influence your consideration of this case?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Seth P. Berman
       ADAM BOOKBINDER
       SETH P. BERMAN
       Assistant U.S. Attorney

Dated:     March 31, 2006

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Seth P. Berman
Seth P. Berman

Dated:     March 31, 2006