UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 05-40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S REVISED EXHIBIT LIST**

In light of the stipulations the parties have filed today, the government has revised its Exhibit List to include the following exhibits that it will use in its case in chief. The government reserves the right to supplement, modify, or withdraw from this list.

Exhibit No.    Description

| | |
|---|---|
| 1 | Reserved |
| 2A | 10/29/03 Deppe Contract with Jeremy Diamond |
| 2B | USPS Express Mail Label for Package from Deppe to Air Canada Center |
| 2C | 11/19/03 Email from Michael Deppe to AttorneyDiamond@yahoo.com |
| 2D | 11/20/03 Email from Michael Deppe to AttorneyDiamond@yahoo.com |
| 2E | 11/25/03 Email from Michael Deppe to AttorneyDiamond@yahoo.com |
| 2F | 11/22/03 Deppe Contract with Jeremy Diamond |
| 3 | Reserved |
| 4 | Reserved |
| 5A | 12/16/04, 3:52 am, Email from Jessica Hoye (Deppe) to Brian.Bell1@att.net (Brian Bell) |
| 5B | 12/16/04, 1:59 pm, Email from Jessica Hoye (Deppe) to Brian.Bell1@att.net (Brian Bell) |

| | |
|---|---|
| 5C | USPS Track/Confirm Form for 12/18/04 Delivery |
| 5D | USPS Priority Mail Package from Boston Autos to Gerard Hand |
| 6 | Spreadsheet from Ebay regarding Deppe Account History |
| 7 | Spreadsheet from Ebay regarding Sports Ticket Sales by Aceprosports |
| 8 | Letter from Ebay to Deppe Regarding Account Suspension |
| 9 | Reserved |
| 10 | Verizon Wireless Record for 774-239-5050, (Michael Deppe Mobile Telephone) |
| 11 | Fast Lane Records for Michael Deppe |
| 12 | Key Bank Records for Aceprosports |
| 13 | Reserved |
| 14 | Reserved |
| 15 | Aceprosports Ebay Advertisement for Sale of Superbowl Tickets |
| 16 | 1/28/05 Email from Aceprosports@aol.com Regarding Paypal Regulations |
| 17 | 1/28/05 Receipt for $83,000 signed by Michael Deppe |
| 18 | Comfort Inn Receipt for William Englehart 1/31/05-2/1/05 |
| 19 | Receipt for $183,000 Purportedly from Jonathon Cohen at Out of Town Tickets |
| 20 | Handwritten Note from Michael Deppe Regarding Unsold Superbowl Tickets |
| 21 | 1/28/05 Copy of Check to William Englehart for $25,000 |
| 22 | List of Superbowl Ticket Clients with Shipping Addresses |
| 23 | Handwritten List of Superbowl Ticket Clients |
| 24 | 2/2/05 Aceprosports wire transfer to Bob Pinkus |
| 25 | Superbowl Ticket Payments Chart |
| 26 | Reserved |
| 27 | Reserved |
| 28 | Reserved |
| 29 | Reserved |

| 30 | 1/26/05 Email from Aceprosports to Delaware45@hotmail.com (Kyle Mitchell) |
|---|---|
| 31 | Ebay Purchase Statement Regarding Superbowl Tickets Purchased by KmitchPA (Kyle Mitchell) |
| 32 | 1/28/05 Paypal Email to Delaware45@hotmail.com (Kyle Mitchell) Regarding Receipt for Payment |
| 33 | Undated Email from Kyle Mitchell to Aceprosports Regarding Tickets |
| 34 | 1/28/05 Email from Paypal to Delaware45@hotmail.com (Kyle Mitchell) Regarding Payment Refunded |
| 35 | 1/28/05 Email from Aceprosports to Delaware45@hotmail.com (Kyle Mitchell) |
| 36 | 1/28/05 Letter from Kyle Mitchell to Bill Englehart with check for $8,360 |
| 37 | Reserved |
| 38 | Reserved |
| 39 | Reserved |
| 40 | Ebay Purchase Statement Regarding Superbowl Tickets Purchased by beammeuped (Ed Miller) |
| 41 | Reserved |
| 42 | Reserved |
| 43 | Ebay Statement Regarding Superbowl Tickets Purchased by mcicir (Mary Reitter) |
| 44 | 1/26/05 Email from Ebay to mcicir@aol.com (Mary Reitter) |
| 45 | 1/26/05 Email from Aceprosports to karen_reitter@tjx.com |
| 46 | 1/29/05 Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
| 47 | 1/27/05 Check from Mary Reitter to Aceprosports for $4200 |
| 48 | 1/30/05, 1:13 pm, Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
| 49 | 1/30/05, 6:35 pm, Email from Aceprosports to mcicir@aol.com (Mary Reitter) |
| 50 | 1/30/05, 9:17 pm, Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
| 51 | 1/30/05, 9:28 pm, Email from Aceprosports to mcicir@aol.com (Mary Reitter) |
| 52 | 1/30/05, 9:30 pm, Email from Aceprosports to mcicir@aol.com (Mary Reitter) |

| 53 | 2/3/05, Email from mcicir@aol.com (Mary Reitter) to Aceprosports |
|---|---|
| 54 | Reserved |
| 55 | Reserved |
| 56 | 1/24/05 UPS Parcel Shipping Order from Steven Randall to Bill Englehart |
| 57 | Check from Steven Randall to Aceprosports for $6,800 |
| 58 | Reserved |
| 59 | Reserved |
| 60 | Ebay Advertisement Regarding Superbowl Tickets Later Purchased by Michael DiPlatzki |
| 61 | 1/26/05 Saugus Bank Wire Transfer Agreement for $7,999 wire from Michael DiPlatzki to Aceprosports |
| 62 | Reserved |
| 63 | Reserved |
| 64 | Reserved |
| 65 | Reserved |
| 66 | Reserved |
| 67 | Reserved |
| 68 | Reserved |
| 69 | Reserved |
| 70 | Printout of Out of Town Ticket Agency Website |
| 71 | Out of Town Ticket Agency VIP Ticket Service Application for Michael Deppe |
| 72 | 1/13/05 Out of Town Ticket Agency Invoice to Mike Deppe |
| 73 | Out of Town Ticket Agency Stationary |
| 74 | Out of Town Ticket Agency Yahoo Yellow Pages Listing |
| 75 | Reserved |
| 76 | Reserved |
| 77 | Reserved |

| 78 | Reserved |
|----|----------|
| 79 | Reserved |
| 80 | 2 Superbowl Tickets |
| 81 | List of Superbowl Ticket Clients with Shipping Addresses from Compaq Laptop Computer |

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                           By:    /s/ Adam Bookbinder
                                          ADAM BOOKBINDER
                                          SETH P. BERMAN
                                          Assistant U.S. Attorney

Dated:       April 12, 2006

### CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                            /s/ Adam Bookbinder
                                            Adam Bookbinder

Dated:       April 12, 2006