UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Case No. 05-40007-FDS |
| MICHAEL R. DEPPE, | ) ) | |
| Defendant. | ) ) ) ) | |

**GOVERNMENT'S REVISED WITNESS LIST**

In light of the stipulations that the parties have filed today, the government has revised its

witness list to include the following witnesses that it may call during its case-in-chief.  The

government reserves the right to add additional witnesses prior to trial.


Jeremy D. Diamond
North York, Ontario, Canada

Brian Bell
Hilton Head, SC

William Englehart
Chester, NY

Ann Correale-Englehart
Chester, NY

Jennifer Serpico
Cinnaminson, NJ

Frederick Kozlowski
Voorhees, NJ

Mike DiPlatzki
North Reading, MA

Edward Miller
Willow Grove, PA

Kyle Mitchell
Ardmore, PA

Steven Randall
Marlborough, MA

Mary Reitter
Framingham, MA

Michael H. Sussman
Goshen, NY

John Pattenaude
Sanford, FL

Sheldon Cohen
Out of Town Ticket Agency
Cambridge, MA

Sandra Veliz
Out of Town Ticket Agency
Cambridge, MA

Lt. Michael Burks
Hudson Police Department

Grace Garcia
Ebay/PayPal
San Jose, CA

Robert Pinkus
California

Postal Inspector Michael Blanchard
US Postal Inspection Service
Manchester, NH

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Adam Bookbinder
ADAM BOOKBINDER
SETH P. BERMAN
Assistant U.S. Attorney

Dated:       April 12, 2006

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Adam Bookbinder
Adam Bookbinder

Dated:       April 12, 2006