UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 05-40007-FDS |
| v. ) | |
| ) | |
| MICHAEL R. DEPPE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION ABOUT MERCHANDISE FRAUD AND OTHER FACTS

The United States and Michael Deppe stipulate to the following facts:

1. The Superseding Indictment in this case charges Michael Deppe with a fraud scheme that is divided into two parts, described as the "merchandise fraud" and the "Superbowl ticket fraud." Mr. Deppe has pled guilty to the eight wire fraud and two mail fraud counts related to the so-called merchandise fraud.

2. In the "merchandise fraud" portion of the alleged scheme, which ran from March, 2003, though December, 2004, Mr. Deppe arranged over the internet to sell, to individual customers, electronic equipment and Rolex watches. He falsely told the customers that he had shipped them the items and asked them to pay him by wire-transferring money to his bank account. When the customers later complained to Mr. Deppe that they had not received the merchandise for which they had paid, he refused to refund their money. Mr. Deppe defrauded 27 victims out of approximately $115,000.

3. In January and March, 2004, The Worcester County District Attorney's Office

charged Mr. Deppe with 19 counts of larceny, based on the merchandise fraud. As a condition of Mr. Deppe's pretrial release in that case, Worcester Superior Court Judge McCann ordered, on March 23, 2004, that Mr. Deppe "not use the internet to conduct business; for school purposes only." The Worcester County D.A.'s Office dismissed its

    a. two tickets to the 2005 Superbowl;

    b. a Compaq laptop computer; and

    c. $11,040 in cash.

5. On the Verizon Wireless records marked as Exhibit 10, the notation "Home Area" in the column labeled "Origination+" means that a phone call was made or received in Massachusetts.

Respectfully submitted,

|  |  |
|---|---|
| _____ <br> MICHAEL R. DEPPE <br> <br> _____ <br> STEVEN RAPPAPORT <br> Attorney for Michael R. Deppe <br> <br> Dated: April 12, 2006 | MICHAEL J. SULLIVAN <br> United States Attorney <br> <br> By: _____ <br> ADAM BOOKBINDER <br> SETH P. BERMAN <br> Assistant U.S. Attorney |