UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 05-40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATIONS REGARDING
## BUSINESS RECORDS AND CHAIN OF CUSTODY

The United States and Michael Deppe stipulate to the following:

1. Exhibit 10 is a true and accurate copy of business records of Verizon Wireless, as defined in Fed. R. Evid. 803(6), relating to telephone number 774-239-5050, the mobile telephone number assigned to the telephone for which Michael R. Deppe is the registered subscriber.

2. Exhibit 11 is a true and accurate copy of the business records of Fast Lane, as defined in Fed. R. Evid. 803(6), relating to the Fast Lane transponder for which Michael R. Deppe is the registered user.

3. Exhibit 12 is a true and accurate copy of the business records of Key Bank, as defined in Fed. R. Evid. 803(6), relating to the bank account of Aceprosports.

4. Exhibit 24 is a true and accurate copy of the business records of Key Bank, as defined in Fed. R. Evid. 803(6), relating to a wire transfer from the bank account of Aceprosports.

5. Exhibit 80 is the Superbowl tickets found inside the car in which Mr. Deppe he was arrested in Jacksonville, Florida on February 4, 2005.

Respectfully submitted,

|  |  |
|---|---|
| _____<br>MICHAEL R. DEPPE<br><br>_[signature]_<br>STEVEN RAPPAPORT<br>Attorney for Michael R. Deppe | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _[signature]_<br>ADAM BOOKBINDER<br>SETH P. BERMAN<br>Assistant U.S. Attorney |

Dated: April 12, 2006

2