UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHAEL R. DEPPE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 05-40007-FDS |

**REVISED STIPULATION ABOUT**
**MERCHANDISE FRAUD AND OTHER FACTS**

The United States and Michael Deppe stipulate to the following facts:

1.  The Superseding Indictment in this case charges Michael Deppe with a fraud scheme that is divided into two parts, described as the "merchandise fraud" and the "Superbowl ticket fraud." Mr. Deppe has pled guilty to the eight wire fraud and two mail fraud counts related to the so-called merchandise fraud.

2.  In the "merchandise fraud" portion of the alleged scheme, which ran from March, 2003, though December, 2004, Mr. Deppe arranged over the internet to sell, to individual customers, electronic equipment and Rolex watches. He falsely told the customers that he had shipped them the items and asked them to pay him by wire-transferring money to his bank account. When the customers later complained to Mr. Deppe that they had not received the merchandise for which they had paid, he refused to refund their money. Mr. Deppe defrauded 27 victims out of approximately $115,000.

3.  In January and March, 2004, The Worcester County District Attorney's Office

charged Mr. Deppe with 19 counts of larceny, based on the merchandise fraud. As a condition of Mr. Deppe's pretrial release in that case, Worcester Superior Court Judge McCann ordered, on March 23, 2004, that Mr. Deppe "not use the internet to conduct business; for school purposes only." The Worcester County D.A.'s Office dismissed its charges against Mr. Deppe after he was indicted by a Federal Grand Jury in February, 2005.

4. When Mr. Deppe was arrested on a Federal criminal complaint on February 4, 2005, at the Ramada Limited Motel, in St. Augustine, Florida, he had been riding in a rental car that his wife, Jessica Deppe had been driving. Among the items the arresting officers found in the car at the time of arrest were:

    a.    two tickets to the 2005 Superbowl;

    b.    a Compaq laptop computer; and

    c.    $11,040 in cash.

5. On the Verizon Wireless records marked as Exhibit 10, the notation "Home Area" in the column labeled "Origination+" means that a phone call was made or received in Massachusetts.

6. The Superbowl tickets marked as Exhibit 80 were bought from Robert Pinkus and his wife, through their company Pinkus Distributors, in Brea, California. The tickets were part of a package that included a hotel accommodations. The payment for the tickets was wired by William Englehart, on February 2, 2005, from the Aceprosports Keybank account. Exhibit 24 is the request for this wire transfer. Pinkus Distributors sent the tickets

to Jessica Deppe, who ultimately received them at the Ramada Inn, in St. Augustine, Florida, where she and Michael Deppe were staying.

Respectfully submitted,

| | |
|---|---|
| _____ | MICHAEL J. SULLIVAN |
| MICHAEL R. DEPPE | United States Attorney |
| | By: |
| STEVEN RAPPAPORT | ADAM BOOKBINDER |
| Attorney for Michael R. Deppe | SETH P. BERMAN |
| | Assistant U.S. Attorney |

Dated: April 17, 2006