UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA            )
                                    )
v.                                  )    Case No. 05 CR 40007-FDS
                                    )
MICHAEL R. DEPPE,                   )
            Defendant               )
_____ )

DEFENDANT'S WITNESS LIST

In adition to those appearing on the Government's Revised Witness List, the defendant reserves the right to call the following witnesses. Depending upon evidence adduced during the Government's case-in-chief, the defendant reserves the right to add additional witnesses.

1.  Lt. Charles Devlin
    Hudson Police Department

2.  Patrolman Wallace Pieculewicz
    Hudson Police Department

3.  Carin Kenny
    Brockton, MA

4.  Amy Schrader
    New York, NY

5.  David Draper
    Los Altos, CA

6.  Josh Tomey
    Aventura, FL

7.  Mary Jane Henry
    Shavertown, PA

8.  Ira Kamens
    Bala Cynwyd, PA

9.   Daivd Munroe
     Orlando, FL

10.  James Bonifasi
     Phoenix, AZ

11.  Robert Bourque
     New York, NY

12.  Jaclyn Cahill
     Tropicana, FL

13.  Tim Collins
     Greenland, NH

14.  Mark Retik
     Short Hills, NJ

                                        Respectfully submitted,
                                        MICHAEL R. DEPPE
                                        By his attorney:

                                        s/Steven J. Rappaport
                                        Steven J. Rappaport
                                        Rappaport & Delaney
                                        228 Central Street
                                        Lowell, MA  01852
                                        Tel:  978-454-8103
                                        BBO#412300

## CERTIFICATE OF SERVICE

I, Steven J. Rappaport, certify that this document was filed through the ECF System, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                        s/Steven J. Rappaport
                                        Steven J. Rappaport

dated:          April 19, 2006