*Filed in open Court 5/1/06*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
| Defendant ) | |

## MOTION FOR JUDGMENT OF ACQUITTAL

Pursuant to Rule 29 of the Rules of Criminal Procedure the Defendant, Michael R. Deppe moves for a judgment of acquittal on all counts relating to him on the basis that the evidence is insufficient to sustain a conviction.

Respectfully submitted,
MICHAEL R. DEPPE
By his attorney:

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
BBO# 412300