AO 187A (REV. 7/87)  **EXHIBIT AND WITNESS LIST –** ~~CONTINUATION~~

| USA | vs. | Peppe | CASE NO. 05-40007 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | A | 4/25/06 | ✓ | ✓ | 10/29/03 Peppe Contract with Jeremy Diamond |
| 2 | B | 4/25/06 | ✓ | ✓ | USPS Express Mail Label |
| 2 | C | " | ✓ | ✓ | 11/19/03 Email from Michael Peppe |
| 2 | D | " | ✓ | ✓ | 11/20/03 " " " " |
| 2 | F | " | ✓ | ✓ | 11/22/03 Peppe Contract with Jeremy Diamond |
| 2 | E | " | ✓ | ✓ | 11/20/03 Email from Michael Peppe |
| 5 | A | " | ✓ | ✓ | 12/16/04 Email from Jessica Hoye (Peppe) |
| 5 | B | " | ✓ | ✓ | " " " " " " |
| 5 | C | " | ✓ | ✓ | USPS Track/Confirm form |
| 5 | D | " | ✓ | ✓ | USPS Priority Mail Package from Boston Autos |
| 1 | A | " | ✓ | ✓ | Revised Stipulation |
| 1 | B | " | ✓ | ✓ | Stipulation |
| 70 | | " | ✓ | ✓ | Printout of Out of Town Ticket Agency Website |
| 74 | | " | ✓ | ✓ | Out of Town Ticket Agency Yahoo Yellow Pages |
| 71 | | " | ✓ | ✓ | Out of Town Ticket Agency VIP Application |
| 75 | | " | ✓ | ✓ | " " " Order envelopes for Peppe 10/5 order |
| 72 | | " | ✓ | ✓ | 1/13/05 Out of Town Ticket Agency invoice |
| 73 | | " | ✓ | ✓ | Out of Town Ticket Agency Stationary |
| 6 | | " | ✓ | ✓ | Spreadsheet from EBay re: Peppe Account History |
| 8 | | " | ✓ | ✓ | Letter from EBay to Peppe re: Suspension |
| 7 | | " | ✓ | ✓ | Spreadsheet from EBay re: Sports Ticket Sales Acepro... |
| 9 | A | " | ✓ | ✓ | EBay registration page for Newenglandautos |
| 9 | B | " | ✓ | ✓ | Spreadsheet from EBay re: Newenglandautos w... |
| 15 | | 4/26/06 | ✓ | ✓ | Aceprosports EBay Advertisement for sale of Superbowl Tickets |
| 10 | | " | ✓ | ✓ | Verizon wireless Record (Peppe cell phone) |
| 16 | | " | ✓ | ✓ | 1/28/05 Email from Aceprosports |
| 22 | | " | ✓ | ✓ | List of superbowl tickets clients |

Page 1 of 3 Pages

AO 187A (REV. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. Peppe     CASE NO. 05-40007

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 4/26/06 | ✓ | ✓ | Super Bowl Tickets Payments Chart |
| 17 | | " | ✓ | ✓ | Michael Peppe $83,000.00 Receipt |
| 18 | | " | ✓ | ✓ | Comfort Inn Receipt |
| 19 | | " | ✓ | ✓ | $183,000.00 Receipt |
| 24 | | " | ✓ | ✓ | 2/2/05 wire transfer of Aceprosports |
| 80 | | " | ✓ | ✓ | 2 superbowl tickets |
| 20 | | " | ✓ | ✓ | Handwritten note from Michael Peppe |
| 11 | | " | ✓ | ✓ | Fast Lane Records for Michael Peppe |
| 12 | | " | ✓ | ✓ | Key Bank records for Aceprosports |
| 21 | | " | ✓ | ✓ | 1/28/05 copy of check |
| 23 | | " | ✓ | ✓ | Handwritten list of Super Bowl Clients |
| 101 | | " | ✓ | ✓ | 11/9/04 Check from Englehart to Peppe |
| 102 | | 4/27/06 | ✓ | ✓ | E-mails between Aceprosports & Joe Mahon 25 |
| A | | " | ✓ | | |
| 103 | | " | ✓ | ✓ | Marcus Marashian Racing Stable Invoice |
| 81 | | " | ✓ | ✓ | Shipping Address |
| 70 | | " | ✓ | ✓ | Ebay Purchase Statement |
| 31 | | 4/28/06 | ✓ | ✓ | Ebay Purchase Statement |
| 30 | | " | ✓ | ✓ | 1/26/05 Email from Aceprosports |
| 32 | | " | ✓ | ✓ | 1/28/05 paypal Email |
| 36 | | " | ✓ | ✓ | Letter (1/28/05) from Kyle Mitchell |
| 57 | | " | ✓ | ✓ | Check of Stephen Randall |
| 56 | | " | ✓ | ✓ | 1/24/05 UPS Shipping order |
| 43 | | " | ✓ | ✓ | Ebay Purchase Statement |
| 47 | | " | ✓ | ✓ | 1/27/05 check of Mary Reitter |
| 50 | | " | ✓ | ✓ | 1/30/05 Email of Mary Reitter |
| 51 | | " | ✓ | ✓ | 1/30/05 Email to Mary Reitter |

AO 187A (REV. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. Reppe     CASE NO. 05-40007

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 52 | | 4/28/06 | ✓ | ✓ | 1/30/05 Email from Michael Reppe |
| 104 | | " | ✓ | ✓ | Admitted 5/1/06 Letter |
| 105 | | 5/1/06 | ✓ | ### | |
| 106 | | " | ✓ | | Kyle Mitchell's Allegations in Writing |
| 84 | | 5/2/06 | ✓ | | 2 week calendar |
| B | | " | ✓ | | Jury question |

Page 3 of 3 Pages