CASE NO: (CIVIL) (CRIMINAL) 05-40007
TITLE: USA vs Deppe

JURY PANEL

(1. Sonya Adams
(2. Richard Perkins
(3. Tonya Bennett (ALT)
(4. Raechel Monaco
(5. John Pawling
(6. Katherine Busky
7. Latorya McLure
   Alternate # 1

(7. Barbara Briddell (Alt)
(8. Margaret Dunn
(9. Linda Wilkins
(10. Mark Blanchette
(11. Paul Lord
(12. Kevin Collins
14. Allison Cutts
   Alternate # 2

Alternate # 3

Alternate # 4

(PLTFF) (GOV'T)    WITNESSES    DEFENDANT

1. Jeremy Diamond    4/25/06    1. Charles Devlin    5/1/06
2. Brian Bell        4/25/06    2. Michael Blanchard 5/1/06
3. Sheldon Cohen     4/25/06    3.
4. Grace Garcia      4/25/06    4.
5. William Englehart 4/25/06, 4/26/06, 4/27/06
6. Sandra Beliz      4/27/06    6.
7. Ann Englehart     4/27/06    7.
8. Ed Miller         4/27/06    8.
9. Kyle Mitchell     4/28/06    9.
10. Stephen Randall  4/28/06   10.
11. Mary Reitter     4/28/06   11.
12. Michael Sussman  4/28/06   12.
13. Jennifer Serpico 4/28/06   13.
14. John Patenaude   5/1/06