Entered
3:15
5/2/06
nc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>MICHAEL DEPPE,<br><br>Defendant. | Criminal No.<br>05-40007-FDS |

### VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

As to **COUNT NINE** (wire fraud on or about January 25, 2005)

      __✓__ Guilty        _____ Not Guilty

As to **COUNT ELEVEN** (wire fraud on or about January 26, 2005)

      __✓__ Guilty        _____ Not Guilty

As to **COUNT TWELVE** (wire fraud on or about January 26, 2005)

      __✓__ Guilty        _____ Not Guilty

As to **COUNT FIFTEEN** (mail fraud on or about January 24, 2005)

      __✓__ Guilty        _____ Not Guilty

As to **COUNT SIXTEEN** (mail fraud on or about January 27, 2005 )

      __✓__ Guilty        _____ Not Guilty

Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.

FOREPERSON: _John A. Jurling_      DATE: _5/2/06_