UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) Cr. No. 05-40007 FDS |
| MICHAEL R. DEPPE, | ) |
| Defendant | ) |

MOTION FOR JUDGMENT OF ACQUITTAL AFTER VERDICT

Pursuant to Rule 29(c)(1) of the Rules of Criminal Procedure the defendant, Michael R. Deppe, moves for a judgment of acquittal after a guilty verdict.

Respectfully submitted,

MICHAEL R. DEPPE
By his attorney:

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
BBO# 412300