05CR40007

**Request to Reconsider Bail (Pro Se)**

This is a motion to request a reconsideration of bail for Michael Deppe. Defendant petitions the court for him to be released on the conditions put in effect by Magistrate Judge Charles Schwartwood on March 3, 2005 until his sentencing on August 8, 2006. The defense motions that Mr. Deppe then be allowed to self-surrender to the minimum security facility he is directed to within 90 days. Mr. Deppe is clearly not a flight risk as evidenced by the United States Marshals arresting him at the courthouse on November 28, 2005 rather than going to his Hudson residence to arrest him. Mr. Deppe is no longer a financial risk to the community as evidenced by his nine months on bail without committing fraud. The defendant is willing to post a $250,000.00 assurety in the form of his home if he is directed by the court. The defendant understands that it is unordinary for a defendant's bail to be revoked and then reinstated. The defendant feels that there are enough mitigating circumstances in this case to do with the birth of his first born child on April 26, 2006 and with the pending wedding of his sister on June 11, 2006. If the defendant were to violate any of the newly imposed terms of his release, it would be very easy for the court to revoke his release. The defendant would like the court to take note that the defendant has been a resident of Massachusetts going on nine years, and has never missed a court appearance in which his presence was required. This includes approximately eight appearances when this case was in Worcester Superior Court.

The defendant requests a court appointed attorney for all on-going proceedings. The defendant does not request the said attorney for bail hearing.