UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                       )<br>)<br>MICHAEL R. DEPPE,                 )<br>)<br>Defendant.              )<br>) | Case No. 05-40007-FDS |

JOINT MOTION TO CONTINUE SENTENCING

The parties jointly ask the Court to continue the sentencing in this matter from August 9, 2006 to October 4, 2006 at 2:30 p.m for the following reasons:

1. Sentencing was initially scheduled for August 8, 2006 but has recently been rescheduled for August 9, 2006. All three counsel, and the case agent, have other commitments for August 9.

2. The undersigned defense counsel has been directed by Mr. Deppe to file a withdrawal of his appearance. Continuing the sentencing will allow time to resolve the question of who will be representing Mr. Deppe before the sentencing.

3. If undersigned defense counsel continues to represent Mr. Deppe, he is available on October 4, as are the prosecutors.

4. Although Mr. Deppe is currently in custody, the probation department has calculated his guideline sentencing range at 70-87 months, while the government has calculated it at 87-108 months. The time that Mr. Deppe spends in custody before sentencing will be credited to this sentence and will almost certainly not exceed the sentence the Court

imposes. He therefore will not be prejudiced by the continuance.

The parties therefore ask the Court to continue the sentencing in this case until October 4, 2006

                              Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | STEVEN J. RAPPAPORT<br>Counsel for Deppe |
| By:  /s/ Adam Bookbinder<br>Adam J. Bookbinder<br>Seth P. Berman<br>Assistant U.S. Attorney | /s/ Steven Rappaport<br>Rappaport & Delaney<br>228 Central St.<br>Lowell, MA 01852 |

Dated: August 3, 2006