UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 05-40007-FDS |
| | ) | |
| MICHAEL R. DEPPE, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

On March 6, 2006, Michael Deppe entered a plea of guilty to counts 1-8 (wire fraud) and 13-14 (mail fraud) of the superseding indictment – the counts relating to the 2003-04 merchandise fraud portion of his fraud scheme. On May 2, 2006, he was convicted, after a jury trial, on counts 9, 11-12 (wire fraud), and 15-16 (mail fraud). The government dismissed count 10. Sentencing is scheduled for October 4, 2006

SENTENCING GUIDELINES

A.   Loss from conduct described in indictment

In pleading guilty to the merchandise fraud counts, Deppe admitted that, from March 2003 through December 2004, he collected approximately $115,406 from 27 merchandise fraud victims for various kinds of merchandise that he never provided (see attached spreadsheet of Deppe Merchandise Fraud Victims). At trial, the government proved that the loss from the Superbowl ticket fraud was $263,174, to 41 customers (See Superbowl


Payment Summary chart, attached).[1]  Thus, the total loss from the conduct specifically included in the indictment is: $115,406 + $263,174 = $378,580.

    B.    Relevant conduct

        1.    William Englehart's losses

From November, 2004 through February, 2005, Englehart paid $70,421 for sports memorabilia and $33,620 for Rolex watches that Deppe told him would be sold by Aceprosports (see attached Englehart Itemized list).  All of these items were delivered to Deppe, but Deppe never gave Englehart either the proceeds from these sales or returned the items to Englehart.  Englehart's loss, therefore, was: $70,421 + $33,620 = $104,041.  PSR ¶26.

Deppe objects to this loss amount, stating, "If the defendant aided and abetted Englehart, how can Englehart now claim to be a victim . . . ."  Defendant's argument rests on a misunderstanding of the argument the government made in its rebuttal.  While the government maintained throughout the trial and in its rebuttal that the evidence proved that Englehart was nothing more than a dupe, the government pointed out to the jury that Deppe's guilt did not rest on the jury believing beyond a reasonable doubt that Englehart was innocent.  This was a correct statement of the law.  Contrary to defense counsel's assertions, by making this argument, the government did not adopt the view the Englehart and Deppe

---

[1] His partner, William Englehart, was however able to provide refunds to several victims, and those refunds are reflected on the summary chart.  One victim received a civil settlement from Englehart, and others were compensated by Paypal.  We will compile this additional information so that the Court can fashion an appropriate restitution order.

were co-conspirators or that Deppe aided and abetted Englehart.

    2.    <u>Additional merchandise fraud victims</u>

After the superseding indictment was returned, Postal Inspector Michael Blanchard identified four additional merchandise fraud victims, three of whom paid Deppe for sports memorabilia and one for a Rolex watch. These victims' losses, which total <u>$32,752</u>, are described in the "Merchandise Losses" section of Inspector Blanchard's 5/9/06 Memo (attached).

    3.    <u>The Corvette scam</u>

During 2005, while on Federal pretrial release, Deppe defrauded a series of people by offering Corvettes for sale on eBay, accepting deposits for these cars, and then providing neither the cars nor refunds. After an evidentiary hearing into Deppe's violations of his pretrial release conditions, Magistrate Judge Swartwood found that Deppe violated these conditions through his involvement in this scam. 12/5/06 Memorandum and Order (Docket #42). The Corvette scheme, which is described in more detail in Inspector Blanchard's 11/23/05 memo (attached), caused losses of <u>$27,590</u> to three victims.[2] PSR ¶28.

C.    <u>Total loss amount</u>

The total loss amount, for sentencing purposes, as set out in PSR ¶44, is:

    Merchandise fraud in indictment    $115,406

    Superbowl ticket fraud    $263,174

---

[2] Several of these victims were compensated for their losses by their credit card companies. We will provide the credit card companies' information to Probation for the purpose of restitution.

|  |  |
|---|---|
| Englehart losses | $104,041 |
| Additional merchandise fraud | $32,752 |
| Corvette scam | <u>$27,590</u> |
| Total loss amount | $542,963 |

D.  Victim Enhancement

As is set out in PSR ¶45, Deppe should receive a four-point enhancement, under §2B1.1(b)(2)(B), because there were more than fifty victims of his fraud scheme. Specifically, there were 27 merchandise fraud victims, as charged in the indictment, and another 41 Superbowl fraud victims. Deppe has not objected to the PSR's inclusion of this enhancement.

E.  Violation of a judicial order

As is set out in PSR ¶46, Deppe should receive a two-point enhancement, under §2B1.1(b)(8)(C), for violating the March 23, 2004 Worcester County Superior Court order that he not use the internet for business. The parties stipulated to the existence of this order in Paragraph 3 of the Revised Stipulation About Merchandise Fraud and Other Facts, which was admitted as an exhibit at trial. Deppe violated this order by contacting merchandise victims Joe Carlson and Brian Bell by e-mail, and by selling sports memorabilia and Superbowl tickets over the internet, using the Aceprosports eBay identity. Deppe has not objected to the PSR's inclusion of this enhancement.

F.  Obstruction of Justice

There are two, independent basis for giving Deppe a two-point enhancement, under

§3(C)1.1, for obstruction of justice.

    1.    <u>Destruction of Evidence</u>

On April 5, 2005, the case agent, Postal Inspector Michael Blanchard, along with Hudson Police Lieutenant Michael Burks, went to Deppe's Hudson, Massachusetts house. Their purpose was to return items seized from Deppe at the time of his arrest and to search the house for computers or other electronic equipment consistent with computer usage. In one room of the house was a large desk. When Inspector Blanchard opened the top right-hand desk drawer, he immediately saw a version of one of the most significant documents that the government obtained during its investigation – the fraudulent "Out of Town Ticket Agency receipt" that Deppe had given to Englehart.[3] What was of particular evidentiary value about this version of the receipt was that, unlike the version Englehart received from Deppe, this one had no "Jonathon Cohen" signature on it. It is, therefore, evidence that Deppe fabricated the receipt. Unsure whether he should seize the receipt, Inspector Blanchard showed it to Lieutenant Burks, while Deppe watched, and then returned it to the drawer.

Immediately thereafter, AUSA Bookbinder called Steven Rappaport, Deppe's counsel,

---

[3] The version of the "Out of Town Ticket Agency" receipt that Deppe gave to Englehart, which was admitted as a trial exhibit, appears to be signed by "Jonathon Cohen" and states that the ticket agency has received $183,000 for Superbowl tickets. Deppe produced this receipt after Englehart insisted on seeing documentation that Deppe was using the money coming from customers to pay for Superbowl tickets. But the president of Out of Town Ticket Agency, Sheldon Cohen testified at trial that there is no "Jonathon Cohen" at the agency, that the letterhead used on this "receipt" is not Out of Town's letterhead, and that Out of Town never received any money from Deppe for Superbowl tickets.

and asked him to instruct Deppe to preserve this document. The next day, Lieutenant Burks returned to Deppe's house to retrieve the receipt, but when he looked in the drawer, it was gone. Attorney Rappaport later told the government that: he instructed Deppe to give him the contents of the drawer in question; Deppe thereafter brought him a group of documents; and the "Jonathon Cohen" receipt was not among them. Thus, Deppe must have destroyed or hid the incriminating document Inspector Blanchard saw.

The defendant suggests that the Court not apply this enhancement because Inspector Blanchard inappropriately questioned Deppe while in his house on April 5, 2005. The Court should decline the defense's invitation to nullify the sentencing guidelines as a sanction for unrelated conduct by the postal inspector.

2.   False statements to Court re Attorney Sussman

At trial, the government called Englehart's former attorney, Michael Sussman, to testify about a phone conversation he had with Deppe on Englehart's behalf on February 4, 2005, shortly before Deppe's arrest in Florida. By the time of this phone conversation, the relationship between Englehart and Deppe had become entirely adversarial: Englehart had told Superbowl ticket customers that he believed Deppe had scammed them, had accused Deppe directly of running a scam, and had told Deppe that he was going to see an attorney, to which Deppe responded that if Englehart was going to blame him, he would blame Englehart. Furthermore, Attorney Sussman testified that he began the conversation with Deppe by demanding: "where the hell are the tickets?"

Nonetheless, during Attorney Sussman's testimony, defense counsel requested a

sidebar so that Deppe could address the Court directly. At this sidebar, Deppe asked the Court to strike Attorney Sussman's testimony because, Deppe claimed, when he had spoken with Attorney Sussman on February 4, 2005, he believed that Attorney Sussman was representing him as well as Englehart. This false assertion, which is undermined by the events preceding the call and Attorney Sussman's hostile demand at the beginning of the call, was designed to obstruct justice by barring Attorney Sussman from testifying about this conversation.

In his objection to this enhancement, Deppe seems to suggest that he was not trying to prevent Sussman from testifying. That is simply not an accurate description of what occurred during the sidebar conference. Deppe's false assertion, designed to put an end to Sussman's testimony, merits an obstruction enhancement. See United States v. Hall, 434 F.3d 42, 61 (1st Cir. 2006) (defendant received an enhancement for obstruction of justice because he tried to prevent a witness from whom he had bought marijuana from testifying by promising not to disclose the witness' criminal record in exchange for his silence).

    G.    Guideline calculation

| | | |
|---|---|---|
| 2B1.1(a)(1) | Base | 7 |
| | (b)(1)(H) More than $400,000 loss | +14 |
| | (b)(2)(B) >50 victims | +4 |
| | (b)(8)(C) violation of judicial order | +2 |
| 3C1.1 | Obstruction of Justice | +2 |
| Total | | 29 |

| | |
|---|---|
| Sentencing range | 87-108 months |
| Fine | $15,000-$150,000 |

The government will be requesting a sentence within this guideline range.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  /s/ Adam Bookbinder
      ADAM BOOKBINDER
      SETH P. BERMAN
      Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                    /s/ Adam Bookbinder
                    Adam J. Bookbinder

Dated: August 11, 2006

DEPPE MERCHANDISE FRAUD VICTIMS

| Date | Victim | Amount | Item | Email address | Contact Site | Method Of Payment |
|---|---|---|---|---|---|---|
| 3/31/2003 | Joseph James Kavanagh<br>5424 NW 50th Court<br>Coconut Creek, FL 33073 | $4,500.00 | Michael Jordan Autographed Items (Fraud Signatures) | stjohncaptain@aol.com | e-mail contact | PayPal w/cc |
| 4/14/2003 | Joseph Gonzalez<br>14235 Bisonett Rd<br>Houston, TX | $3,200.00 | Plasma TV | famousfacesmd@aol.com | | Wire transfer |
| 4/15/2003 | Jason Stevens<br>2508 Ashland Ave<br>Bossier City, LA | $360.00 | Phone | | | Mailed money order |
| 4/28/2003 | PayPal<br>303 Bryant St<br>Mountain View, CA 64041 | $8,207.71 | | stjohncaptain@aol.com<br>Patcussonnfl@hotmail.com<br>houstonhomeentertainment@att.net | | |
| 5/1/2003 | Kirk Leetzow<br>13 West Center<br>Logan, UT | $1,000.00 | Phones | 61 Fairbaks Rd<br>Sudbury, MA 01776 | | Wire transfer |
| 5/4/2003 | Casy Ransom<br>937 Fifth St<br>Santa Monica, CA | $175.00 | Tivo System | | | |
| 5/5/2003 | Joey Tamashiro<br>9050 Windosr Ave<br>Fountain Valley<br>Orange, CA | $300.00 | Tivo Systems | famousfacesmd@aol.com<br>20 Shirley Ct<br>Shrewsbury,MA 01545 | e-mail contact | Mailed check |
| 5/17/2003 | Kerri Ressman<br>1008 Feagin Mill Rd<br>Warner Robbins,GA 31088 | $570.00 | Phones | famousfacesmd@aol.com | e-mail contact | Mailed check |
| 5/24/2003 | Jennifer Taylor<br>6312 Sountwest Capital # 416<br>Portland, OR 97201 | $3,220.00 | Caesar's Palace Tickets | famousfacesmd@aol.com<br>PO box 517<br>Rutland, MA | e-mail contact | Mailed money order &checks- 3 counts |
| 6/7/2003 | Bruce Wildersen<br>d/b/a Echo, Inc<br>309 North Ellis Ave<br>Wheaton, IL 60187 | $425.00 | Mark McGuire Baseball | famousfacemd@aol.com | | Mailed check |
| 6/12/2003 | Sean Corin<br>645 Place Stewart<br>Montreal, Quebec, Canada | $135.00 | Phone | | e-mail contact | Mailed money order |

DEPPE MERCHANDISE FRAUD VICTIMS

| Date | Name/Address | Amount | Item | Email | Contact | Payment |
|---|---|---|---|---|---|---|
| 8/28/2003 | Henry Liner<br>6917 Highview Dr<br>Solon, OH 44139 | $300.00 | Sports Memorabilia | famousfacemd@aol.com | e-mail contact | Mailed money order |
| 10/19/2003 | Nin Shalit<br>25 Broadlawn Ave<br>Kingspoint, NY 11024 | $500.00 | rolex | michaeldeppe250@aol.com | e-mail contact | postal money order |
| 11/9/2003 | Brooke Carter<br>209 Harwell Dr<br>Columbia, SC 29223 | $685.00 | Sports Memorabilia | michaeldeppe250@aol.com | e-mail contact | Mailed 2 different checks |
| 12/1/2003 | Atty Jeremy D. Diamond<br>700 Lawrence Ave W Ste 350<br>Northyork, Ontario, Canada | $11,200.00 | Watch | michaeldeppe250@aol.com | e-mail contact | Wire transfer |
| 12/3/2003 | Ryan T. Mugar<br>5562 Brookhill Drive<br>Yorba Linda, CA 92886 | $9,800.00 | Watch | mattlebo146@hotmail.com | | PayPal w/cc |
| 12/3/2003 | Paul Gunnell<br>333 Henry Hudson Pkwy<br>Bronx, Ny | $7,850.00 | Watch | mattlebo146@hotmail.com | e-mail contact | Wire transfer |
| 1/5/2004 | David Greenman<br>4039 Grove Ave<br>Western Springs, IL 60558 | $511.00 | Phone | | e-mail contact | Mailed money order |
| 2/28/2004 | Kevin Rogers<br>1911 Edith St<br>Murphysboro, IL 62966 | $4,300.00 | rolex | mattlebo146@hotmail.com | e-mail contact | Wire transfer |
| 3/25/2004 | Jim Cantrell | $5,050.00 | rolex | gorolex@hotmail.com | e-mail contact | Wire transfer |
| 4/3/2004 | Matthew DeRoma<br>M.T DeRoma Rare Coins & Stamps<br>PO Box 800<br>Somers, CT 06071 | $1,175.00 | Michael Jordan Jersey Wayne Gretzky Pucks | | | check |
| 4/7/2004 | Cary Paige<br>12265 Croton Way<br>Hollywood, FL 33026 | $12,200.00 | Watches | | e-mail contact | check/wire transfer |
| 4/30/2004 | Joe Carlson<br>2135 Jasmine Dr<br>Crest Hill, IL 60435 | $3,350.00 | rolex | michaeldeppe250@aol.com | e-mail contact | Wire transfer |

DEPPE MERCHANDISE FRAUD VICTIMS

| Date | Name/Address | Amount | Item | Email | Contact | Payment |
|---|---|---|---|---|---|---|
| 5/24/2004 | Massimo Mont<br>Rasini & Co.<br>641 Lexington Ave 31st Floor<br>New York, NY 10022 | $8,250.00 | rolexes | mattlebo146@hotmail.com | e-mail contact | Wire transfer |
| 11/10/2004 | Byan Theis<br>13025 Wisteria Dr<br>Germantown, MD 20874 | $10,330.00 | Sports Memorabilia | | | check/discover |
| 11/26/2004 | Brian Bell<br>4 Shaftsbury Inn<br>Hilton Head, SC 09926 | $17,600.00 | rolexes | | | Wire transfer |
| 1/25/2005 | John Fox | $212.50 | football helmet | aceprosports | ebay | unknown |
| Total Losses | | $115,406.21 | | | | |

|  | Superbowl Ticket Payments | | |
|---|---|---|---|
| # on Ex.22 | Name | Payment | Refund |
| 1 | Mark Retik | $7,499.00 | |
| 2 | Jake Schrader | $7,939.00 | |
| 3 | Kyle Mitchell | $8,400.00 | |
| 4 | David Munroe | $7,469.00 | |
| 5 | Ira Kamen | $8,800.00 | |
| 5 | Rick Block | $13,200.00 | |
| 6 | Mike Diplatzi | $7,999.99 | |
| 7 | Richard Maska | $10,000.00 | |
| 8 | Howard Shore | $13,985.00 | |
| 9 | Mary Jane Henry | $8,975.00 | |
| 10 | Jackie Cahill | $3,539.39 | |
| 11 | Bill McGourley | $3,539.39 | $3,539.39 |
| 12 | Thomas Tinsman | $3,354.39 | |
| 13 | Discount Cutlery | $3,799.40 | |
| 14 | Jay Searle | $3,639.39 | |
| 15 | David Draper | $4,439.00 | |
| 16 | Elizabeth Patenaude | $4,299.00 | |
| 17 | Jeffery Paul | $3,639.39 | |
| 18 | Jim Barrett | $3,999.99 | $3,999.99 |
| 19 | Steven Silverman | $4,400.00 | |
| 20 | Brain Blair | $4,439.00 | |
| 21 | Steven Randall | $6,800.00 | |
| 22 | Steven Yale | $4,499.00 | |
| 23 | Joshua Tomey | $4,199.00 | |
| 24 | Robert Bourque | $4,400.00 | |
| 25 | Ed Miller | $4,499.00 | |
| 25 | Ed Miller | $6,800.00 | |
| 26 | Erika Bonifasi | $3,699.39 | |
| 27 | Timothy Collins | $4,450.00 | |
| 28 | Jennifer Serpico | $8,950.00 | |
| 29 | Margaret Zwerko | $8,950.00 | |
| 30 | Mary Reitter | $4,200.00 | |
| 31 | None | $0.00 | |
| 32 | William Gilbert | $8,875.00 | |
| 33 | Laurence Smith | $9,050.00 | |
| 34 | Dick Ankenbrandt | $3,749.39 | $3,749.39 |
| 35 | Mike Balisc | $3,899.39 | $3,899.39 |
| 36 | Joseph Mahon Kathleen Mitchell | $9,200.00 | |
| 37 | Salil Patel | $7,950.00 | |
| 38 | Frank Correll | $3,749.00 | $3,749.00 |
| 39 | ASAP Realty | $2,500.00 | |
| 39 | ASAP Realty | $5,000.00 | |
| 39 | ASAP Realty | $2,500.00 | |
| 40 | Pascal Larouche | $3,650.00 | $3,650.00 |
| 41 | Carin Kenny | $4,250.00 | |
|  | Total Payments | $263,174.50 | |

*Englehart Itemized List*

### Rolex Watches

| | | | |
|---|---|---|---|
| 1/10/05 | Shreve Crump and Lowchestnut Hill MA | $21,555.00 | Am/Ex |
| 1/10/05 | Goldstein Swank & Gomariborough, MA | $12,065.00 | Am/Ex |
| | Sub-Total | *$33,620.00* | |

### Sports Memorabilia

| | | | |
|---|---|---|---|
| 11/04 | Mike Deppe | $ 5,764.00 | Persnl Ck |
| 12/06/04 | Tri Star Productions | $ 5,250.00 | Am/Ex |
| 12/11/04 | Steiner Sports | $ 1,514.00 | Am/Ex |
| 12/13/04 | Mounted Memories | $13,073.00 | Am/Ex |
| 12/19/04 | Tri Star Productions | $ 4,000.00 | Sears M/C |
| 12/20/04 | Tri Star Productions | $12,760.00 | Am/Ex |
| 12/21/04 | Steiner Sports | $ 3,600.00 | Am/Ex |
| 12/30/04 | Jessica Deppe | $ 8,850.00 | Wire |
| 1/2/05 | Jessica Deppe | $ 8020.00 | Wire |
| 1/11/05 | Jessica Deppe | $ 3,000.00 | Wire |
| 1/13/05 | Jessica Deppe | $ 4,040.00 | Wire |
| 2/2/05 | Handed to Mike 1-Chad Pennington Jersey | $ 250.00 | |
| | Handed to Mike 1- Peyton Manning Jersey To get mounted (framed). | $ 300.00 | |
| | Sub-Total | *$70,421.00* | |

### SUPER BOWL TICKETS

| | | |
|---|---|---|
| 1/24/05 – 2/2/04 Super Bowl Tickets | | $259,175.50 |
| | Sub-Total | *$259,175.00* |
| | *GRAND TOTAL* | *$363,216.00* |



UNITED STATES POSTAL INSPECTION SERVICE

BOSTON DIVISION

May 9, 2006

AUSA Adam Bookbinder
United States Attorneys Office
1 Courthouse Way, 9th Fl.
Boston, MA  02210

RE:  Additional Deppe Losses

Adam,
The following losses are the items I looked into when they were brought to my attention.  There are several other losses I did not follow up on and am not including them in this list.  Also, I have over $39,000 in 'attempted deals' not included in this list.  These were deals where Deppe contacted potential victims and after stringing them along, the deals fell through for one reason or another.

**MERCHANDISE LOSSES**

Three partners paid Deppe for 48 personally signed Wayne Gretzky hockey jerseys on 10/04/04.  Mr. Rusenstrom gave me the information on the other two victims and what their loss amounts.

Glen Rusenstrom
28 Hester Ave.
Ajax, ON  CANADA
                                        $7,700.00 USD

A J Sports                              $5,900.00 USD

Dave Bishop                             $5,775.00 USD
                                        $19,375.00

―――――――――――――――

This victim contracted to buy three Rolex watches from Deppe.  Deppe sent a 'Delivery Confirmation' package to an unknown address in Hollywood, FL and proceeded to blame the Postal Service for non receipt.

Eric Morningside
2000 Hollywood Blvd.
Hollywood, FL  33020                    $13,377.00

**CORVETTE Z06 SCAM**

Bruce Stricklett
Colorado                                $6,090.00

Don Barber
c/o Barber Oil, Dixie Auto Brokers   $14,000.00

- 2 -

Tolga Demire
Rancho Sante Fe, CA           $7,500.00


Total Additional Losses:  $59,342.00



Inspector M. A. Blanchard

UNITED STATES POSTAL INSPECTION SERVICE

BOSTON DIVISION



November 23, 2005

Adam Bookbinder
Assistant US Attorney
1 Courthouse Way 9th Fl.
Boston, MA 02205

RE: MICHAEL DEPPE

Dear AUSA Bookbinder,

This report summarizes the information collected to date on Mr. Michael Deppe's recent activities. This report is the result of a complaint received by the US Attorney's Office lat month from Mr. Charles Fial. As I investigated the Fial complaint, additional illegal activities, conditions of release violations, And questionable activities involving Mr. Deppe have come to light. In order to avoid confusion and to explain each of Mr. Deppe's activities, I am breaking this report into the following sections: current and suspected frauds, gambling, real estate purchase, computer usage and employment. I am also including a section on Mr. Deppe's financial situation, albeit an incomplete section.

## **FRAUDS AND SUSPECTED FRAUDS**

Mr. Deppe's latest fraudulent activity involves 'selling' new automobiles, the Chevrolet Corvette Z06 to be exact. Deppe has placed an advertisement on eBay purporting to have Z06's available for sale (Exhibit 0). The advertisement and emails are signed by Jessica Deppe, Michael's wife, using 'patstixnow', 'newenglandautos', and other names but in all instances, prospective buyers dealt with Michael Deppe both by email and telephone. The Corvette Z06 is a limited production sports car manufactured by General Motors Corporation. Because of its high demand, Z06 buyers are paying a premium over the sticker price for the automobile, often thousands of dollars. I have located two area Chevrolet dealerships Michael Deppe is currently doing business with and have interviewed the salesmen involved. (Exhibits 1 and 2). The dealerships are McMulkin Chevrolet, Nashua, NH and Ragsdale Chevrolet,

P. O. Box 4797
MANCHESTER NH 03108-4797
TELEPHONE: 603-644-4033
FAX: 603-644-4113



GOVERNMENT EXHIBIT 1

- 2 -

Spencer, MA. In both cases, Mr. Deppe contacted and worked with the salesmen. He used the telephone and the U. S. Mail to transact business with McMulkin Chevrolet in September, 2005, and he personally visited Ragsdale Chevrolet in June, 2005. Jessica Deppe had no dealings with the salesmen. At Ragsdale Chevrolet, Michael Deppe sat with the salesman and together they 'built' the Z06 he subsequently ordered. (Dealers are capable of sitting with a customer, patching into the manufacturer's production system, and ordering a vehicle to be built to the customer's specifications.) Mr. Deppe paid a deposit of $3,000.00 for the Z06 and received a Vehicle Picture printout detailing the Z06's options. (Exhibit 3). Also, on September 23, 2005, he mailed McMulkin Chevrolet $4,000.00 as down payment on two Z06's. During my interviews of each salesman, both stated Deppe was told that the Z06 production is controlled by General Motors and the automobiles would not be ready until after the new year at the earliest. Deppe attempted to order more vehicles at both dealerships but his requests were denied.

Mr. Charles Fial is a Colorado resident who contacted the USAO after terminating an internet business deal with Michael Deppe. He ended the deal after 'Googling' Deppe and discovering Deppe's arrests for mail and wire fraud. I spoke with Mr. Fial on September 29, 2005 concerning his complaint. (Exhibit 4).
Mr. Fial's story is a carbon copy of Michael Deppe's prior eBay fraud scams. (Deppe contacted potential victims who'd lost auction bids on eBay, purporting to have for sale the same item they'd lost at auction. Deppe and the victim would reach an agreement on price, delivery, etc., and Deppe would then collect the agreed upon funds and provide no item.) Mr. Fial, in our telephone interview, stated he'd bid on a Corvette Z06 on eBay in September and had lost the bid. The very next day, he was emailed by 'patstixnow' (identified by eBay security as Deppe), containing the identifiers Jessica M. Deppe, Hudson, MA, telephone 978-562-6335. Mr. Fial called this number and spoke with 'Michael'. Michael said Jessica wasn't available but that he could make the arrangements. The arrangements Michael made included faxing the Ragsdale Chevrolet Vehicle Picture and attempting to close a sale. In their phone and email correspondence, Deppe alleged he'd already sold half a dozen Z06's but he was 'in good' with a Boston area dealership so he still had several for sale. Deppe wanted $6,000.00 for the deal and he would have the car delivered 'by the end of the month'. Before agreeing to the purchase, Mr. Fial discovered Deppe's arrest and asked him about it. Deppe said he had never been charged. Mr. Fial didn't trust him and ended their contact. Mr. Fial's emails with Deppe are attached. (Exhibit 5).

On September 30, 2005, I contacted Mr. Bruce Stricklett, another Colorado resident. He stated that in early September he read a Corvette Z06 for sale ad on eBay that belonged to Deppe (Exhibit 5B). He contacted Deppe and dealt with him because Jessica wasn't available. After many communications back

and forth with Deppe, he agreed to purchase the advertised automobile. On September 11, Mr. Stricklett paid Deppe via PayPal $6,090.00 and received a receipt from PayPal for the transaction. (Exhibit 5A). Once payment was sent, Mr. Stricklett waited for the delivery of his Z06. Nothing further was heard from Deppe until Mr. Stricklett began badgering him for information on the car's whereabouts. Deppe responded using 'Jessica' as the email author, stating they were having PayPal problems. On September 29, Deppe emailed stating, "Bruce, We've been swamped...". Deppe told him eBay wouldn't release the funds. EBay security has since told me that Deppe removed the funds from the account as soon as they were received – Deppe had the funds all along, not eBay. As Mr. Stricklett told me on November 21, "The vet deal fell through and I haven't heard from him since".

On October 18, 2005, eBay security notified me of another Deppe victim. They said the customer has complained because Deppe failed to provide the promised item after payment was made through PayPal. The Victim, Mr. Tolga Demire of Rancho Sante Fe, CA, contacted me on October 24, 2005. He stated he paid Deppe $7,500.00 for a Corvette Z06. After making his payment through PayPal, Mr. Demire heard nothing from Deppe for a week. When Deppe failed to answer numerous phone calls, Mr. Demire disputed the charges with PayPal. PayPal refunded him $35.00, all the funds remaining in the account – Mr. Deppe had withdrawn all but the $35.00. The victim has since been in contact with Mr. Deppe who said the PayPal account was his wife's and that he wants to refund the money but PayPal has frozen the funds. Again, PayPal security has made it clear the funds were withdrawn by Deppe and the $35.00 was all that remained of the $7,500.00 payment. Mr. Demire emailed me the internet correspondence he and Deppe generated. (Exhibit 6).

## GAMBLING

Detective Charles Devlin, Hudson, MA Police Department, recently alerted me to a police incident involving Michael Deppe. According to the police report Deppe filed (Exhibit 7), Deppe failed to pay a gambling debt and he is being threatened by a bookie's 'liaison'. The 'liaison is looking to collect $107,000.00 in sports betting losses Deppe incurred this past summer. Deppe admitted to the police that he'd been gambling but that the debt amount is 'in dispute'. This bookie liaison is Mr. Michael Marks, Norwood, MA and he was later stopped by the Hudson police while driving from Deppe's neighborhood. Mr. Marks told police he'd been defrauded out of Red Sox tickets and a watch by Deppe. During this stop, Marks also told police Deppe had a computer on his kitchen table.

Case 4:05-cr-40007-FDS    Document 95-6    Filed 08/11/2006    Page 4 of 5

- 4 -

## REAL ESTATE PURCHASE

On October 13, 2005, two documents were filed with the Registry of Deeds, Middlesex County, indicating Jessica M. Deppe has purchased the single family house at 19 Old Stow Road, Hudson, MA and registered two mortgages with the County. The mortgages covered the sail price of the house and were for $556.000.00 and $139,000.00. The mortgage grantor was Argent Mortgage Co. LLC. (Exhibits 8,9,10).
I spoke with the real estate agency that represented the Deppes as the buyer's agent. The Deppes did not have, nor want, a lawyer to represent them at closing. This is an odd occurrence especially for a $695,000.00 transaction.

The mortgages are no income verification loans. However, Jessica Deppe had to show prior employment and state her current income. Mrs. Deppe stated she earns $17,600.00 per month as the owner of NewEnglanAutos, and internet business she started at the beginning of the year. Also, included in the loan application and closing papers was a Business Certificate, Certificate #9092, from the Town of Marlborough that has been altered. The original certificate as supplied by the Clerk's Office, Town of Marlborough(Exhibit 11), was taken out by Michael Deppe to cover his Luxury Brokers business. The form included in the mortgage paperwork, has Jessica Deppe added and is signed by her. (Exhibit 12).

## COMPUTER USAGE

The earlier section on frauds mentioned communications Deppe had with his victims. These communications include internet usage. EBay supplied the Government with the Internet Protocol (IP) addresses used by Newenglandatos. These IP addresses were tracked to the following account holders:

1) Jessica Deppe
   59 Bennett St., Hudson, MA 01748
   And
   19 Old Stow Road, Hudson, MA 01749
   User names: newenglandautos and newenglandautos1
   (Exhibit 13)

2) Mike Deppe
   19 Old Stow Road
   HUD,MA  01749
   Opened: 10/2/2005
   (Exhibit 14)

    3) ALLSPRING SMALLBIZ SOLUT
       237 Chandler St. #102A
       Worcester, MA 01609
       (Exhibit 15)

    4) Cathy Grayzel
       54 Wildwood Road
       Stow, MA 01775
       (Exhibit 16)
       (Deppe's mother's residence)

On October 28, 2005, I made an appointment with Deppe that morning to return his safe. Incident to this visit, Postal Inspector Sean Dever, Manchester Domicile, searched Deppe's 19 Old Stow Road residence. No computers were found but the desk in the home office room had all the computer wires on the desktop as if a computer had been quickly unplugged.

## **EMPLOYMENT**

It is unknown if Michael Deppe has secured full time employment per the Court's Condition of Release. He is clearly active on the internet as a salesman.

As Exhibit 17, I have included a brief schedule of Deppe spending since his February arrest as well as a brief schedule of his current monthly expenditures.

The above report is incomplete in as each activity investigated leads to more activities needing investigation. As I develop information on the above activities, I will keep you informed. However, it is clear at this time based on Corvette Z06 frauds, the internet usage, the felony admission (gambling), and his failure to secure employment, that Michael Deppe has disregarded the Court's Conditions of Release and he is back to his felonious ways.

Respectfully yours,

*M. A. Blanchard* (signature)

M. A. Blanchard
US Postal Inspector

ENCLOSURES: Exhibits 0 thru 17