UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05 CR 40007-FDS |
| ) | |
| MICHAEL R. DEPPE, ) | |
|       Defendant ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Steven J. Rappaport and, at the direction of the defendant, requests that he be permitted to withdraw as counsel for the defendant and that this Court assign successor counsel to represent the defendant.

As reason therefore, undersigned counsel represents that there has been a total breakdown in the attorney-client relationship which threatens the defendant's right to a fair sentencing in this case. The defendant has vehemently insisted that the undersigned counsel withdraw and has expressed his total dissatifaction with counsel's representation of him.

For the reasons stated herein, in the accompanying affidavit of counsel and in the interests of justice, this Court should exercise its discretion to allow counsel to withdraw and to assign successor counsel to represent the defendant at this important stage of the proceedings.

Respectfully submitted,

MICHAEL R. DEPPE
By his attorney:


s/Steven J . Rappaport
Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA  01852
(978) 454-8103
BBO# 412300

dated:        August 16, 2006