UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL R. DEPPE, )<br>                Defendant )<br>) | Case No. 05 CR 40007-FDS |

AFFIDAVIT OF COUNSEL

I, Steven J. Rappaport, counsel for the defendant in the above-referenced matter, hereby depose and aver as follows:

1. I was privately retained to represent the defendant in the above-referenced case and did represent the defendant through a jury trial and pre-sentence investigation.

2. Since the guilty verdict was returned in the defendant's case, there has been a steady deterioration in the attorney-client relationship. The relationship has reached a point where there is a total breakdown in communication between counsel and the defendant. Presently, counsel and the defendant are in complete disagreement as to what has been represented to each other. Most recently the defendant has begun to blame counsel for the breakup marriage and estrangement from his child and has threatened to sue counsel unless he withdraws immediately.

3. The defendant has expressed to counsel that he believes counsel conceded the defendant's guilt to the jury in his closing argument.

4. The defendant has expressed to counsel that he has lost confidence in counsel's ability to be unaffected by the defendant's nonpayment of agreed upon fees. Indeed, contrary to counsel's advice, and without counsel's knowledge, the defendant has directly contacted the trial prosecutor and has sought to meet with the prosecutors in the absence of counsel. In a letter to the prosecutor (a copy of which was forwarded to counsel by the prosecutor), the defendant requested a meeting with the prosecutor outside of counsel's presence ostensibly because the defendant believed his nonpayment of fees was affecting counsel's willingness to assist him.

5. Without counsel's knowledge, and contrary to counsel's advice, the defendant has attempted to contact and upon information and belief, has contacted alleged victims directly in a effort to make restitution.

6. Without counsel's knowledge, and contrary to counsel's advice, the defendant has attempted to contact, and upon information and belief, has contacted law enforcement agents involved in the prosecution of his case and possible related matters.

7. Without counsel's knowledge, and contrary to counsel's advice, the defendant has contacted the probation officer assigned to do the presentence investigation.

8. Counsel and the defendant have experienced serious differences with regard to the strategy and conduct of the sentencing hearing, and counsel now believes that he has an actual conflict of interest which will prevent him from advocating for the defendant in a matter which might benefit the defendant at sentencing.

9. The defendant has represented, and counsel believes, that the defendant is indigent and does not have adequate resources to retain new counsel. At least two attorneys have contacted undersigned counsel with regard to possible representation of the defendant as successor counsel, however, upon information and belief, they have been deterred from doing so as a result of the defendant's inability to pay them. At the last meeting between counsel and the defendant, defendant filled out the appended Application to Proceed Without Prepayment of Fees and Affidavit.

10. Undersigned counsel believes that there has been a total breakdown in the attorney-client relationship which threatens the defendant's right to a fair sentencing hearing in this case.

s/Steven J. Rappaport
Steven J. Rappaport

dated: August 16, 2006

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

United States of America
Plaintiff

V.

Michael R. Deppe
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 05CR 40007-FDS

I, __Michael R. Deppe__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Wyatt Detention Center__

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   6/05-7/05 Herb Chambers of Somerville, approximately $4,000 in 6 weeks

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☒ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

New England Autos - $750/week. Business closed. No further payments.
Jessica Deppe - $50/week - divorce now pending; no payment since May
Cathy Grazel - $75 once in May. No further gifts anticipated.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   1 wedding ring - $4,000.00
   2 movado watches - $800.00 each

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Jessica and Emma Deppe - wife and daughhter. No contributions since 11/05 due to incarceration.

I declare under penalty of perjury that the above information is true and correct.

7/12/06
_____   _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.