CERTIFICATE OF SERVICE

    I, Steven J. Rappaport, hereby certify that I have caused Motion to Withdraw as Counsel and Affidavit of Counsel to be filed to be filed electronically and it will be served electronically to registered ECF participants and by sending paper copies to non-registered participants as indicated on the NEF.


                                                s/Steven J. Rappaport  
                                                Steven J. Rappaport

dated:      August 16, 2006