9/10/06

Dear Mr. Castles,

Can you please write me to let me know when the motion for a new attorney will be heard, or if it has already been ruled on? I have been trying to get a new attorney since May when I filed a pro se motion. I know Mr. Rappaport filed a motion to request his removal last month. He told me the judge was on vacation until after the holiday. I have written Mr. Rappaport twice, and called him about 6 or 7 times since then. He refuses to let me know what is going on via e-mail or telephone. Sentencing is less than 1 month away, I want no more continuances (I didn't want the first one), and I have no counsel. Anything you can do to help would be greatly appreciated.

Sincerely,

Michael R. Deppe
Wyatt Detention Facility/E-11
950 High St.
Central Falls, RI
02863