10/24/06

Dear Mr. Castles,

Thank you for helping me with retaining Atty Bennett. I have written him a letter at his Quincy office, and hope to meet with him shortly. We will see you on Dec. 21st barring no further delays.

Sincerely,

Michael R. Deppe
Wyatt Detention Facility