UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL DEPPE, )<br>    Defendant )<br>) | Docket No. 4:05-cr-40007-FDS |

**MOTION TO WITHDRAW AND HAVE
APPELLATE COUNSEL APPOINTED**

Counsel moves to withdraw as counsel for the Defendant and have appellate counsel appointed, with respect to the above-captioned matter. It would be in the interest of justice to have a different attorney review the sentencing procedure and the resulting sentence. The attorney further has taken employment with the Middlesex District Attorneys Office and will not be in private practice after January 5, 2007.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>Michael Deppe,<br>By his Attorney, |
| Dated: December 27, 2006 | /S/ Daniel J. Bennett_____<br>Daniel J. Bennett<br>Mahoney, Diamond, Bennett & Harnais<br>15 Foster Street<br>Quincy, MA  02169<br>(617)770-0000<br>B.B.O. 564059 |