UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 4:05-cr-40007-FDS |
| ) | |
| MICHAEL DEPPE, ) | |
|     Defendant ) | |

**NOTICE OF APPEAL**

Now comes the defendant, through and by his attorney, and gives notice of appeal of the sentence imposed on December 21, 2006 by Judge F. Dennis Saylor, IV and notice of appeal of the trial conducted of the courts decided by jury trial.

                                                          Respectfully Submitted,
                                                          Michael Deppe,
                                                          By his Attorney,

Dated: December 27, 2006          /S/ Daniel J. Bennett
                                                          Daniel J. Bennett
                                                          Mahoney, Diamond, Bennett & Harnais
                                                          15 Foster Street
                                                          Quincy, MA 02169
                                                          (617) 770-0000
                                                          B.B.O. 564059