UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEPPE, ) <br>     Defendant ) | Docket No. 4:05-cr-40007-FDS |

## MOTION TO WAIVE FILING OF
## TRANSCRIPT REPORT/ORDER FORM

Now comes the defendant, through and by his attorney, Daniel J. Bennett who was appointed for sentencing. The attorney for defendant states that he was not the attorney for the follow proceedings: Jury Voir Dire, Opening Statement, Trial, Closing Argument, Jury Instructions, Change of Plea, Bail Hearings, any Pretrial proceedings and Testimony. Therefore he cannot in good faith file a Transcript Report or Transcript Order form and asks that this be waived and appellate attorney appointed for Michael Deppe.

                                                      Respectfully Submitted,
                                                      Michael Deppe,
                                                      By his Attorney,

Dated: December 28, 2006                /S/ Daniel J. Bennett
                                                          Daniel J. Bennett
                                                           Mahoney, Diamond, Bennett & Harnais
                                                           15 Foster Street
                                                          Quincy, MA  02169
                                                          (617) 770-0000
                                                          B.B.O. 564059