## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cr40007FDS

UNITED STATES

v.

MICHAEL R. DEPPE

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-38, 42, 53-64, 76, 83-112 are originals

39, 40,41,43-52,65-75,77-78 are copies and can be destroyed after the appeal is complete.

and contained in Volume(s) 1-3 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/27/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 12/28/06 .

Sarah A Thornton, Clerk of Court

/s/ Sherry Jones

By:     Sherry Jones

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1 9 07 .

Christy Phillips

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:      07 - 1048

**RETURN TO: US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608**

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06