UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05cr40007-FDS

UNITED STATES OF AMERICA

v.

MICHAEL DEPPE

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

111

are the originally filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/8/07.

Sarah A. Thornton, Clerk of Court

By:   /s/ Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/10/07 .

*Christy Phillips*
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06