Dear Mr. Castles,

Could you please let me know if a new lawyer has be[en] appointed yet? I am not even sure if Atty Bennett filed the neccessary paperwork. I haven't heard from him since sentencing, and my mother saw him on TV the other day talking about a murder he [is] prosecuting in Sudbury, so I know for sure he is no longer a defense lawyer. Thanks in advance.

Sincerely,
Michael R. Deppe

Wyatt Detention Facility
950 High St.
Central Falls, RI
02863