5/3/06

05-40007

①

Dear Judge Saylor,

I write this letter to you, unsure if you will receive it or read it. I write to share with you my personal thoughts about what has happened over the course of the last 28 months. I didn't consult with Attorney Rappaport before writing this letter, and hope that it is in no way improper.

First off I would like to thank you for a trial which I thought ~~was ex~~ you made every attempt to make extraordinary fair. I admire your ability to do what you feel is right regardless of the opinion of the gov't or the defense. There were only two things that I disagreed with. One was that we weren't allowed further discovery as to whether or not Inspector Blanchard coached additional witnesses other than Kyle Mitchell. I think it was unfair to take his word on the situation. This a man who you previously acknowledged had suspect judgement, and had "clearly violated my 6th ammendment right to councel." The other decision I disagreed with was the jury instruction that Atty Rappaport went on record in objection of. With the way you initially proposed it Atty Rappaport said he would rather just go without it. You questioned whether the prosecution had a right to it, but proceeded to give

it to them anyway, when my attorney requested the instruction, his honor clarified it, but when the jury requested repetition his honor refused to give them the typed form of what you had previously directed. I have trouble sleeping at night knowing that one single jury instruction cost me in my opinion a fair trial. Our whole case was that Bill Englehart was almost as likely if not as likely to have committed the Superbowl Fraud. This thereby creates a reasonable doubt and makes the jury unable to convict if they believe our position. By not ~~giving~~ reiterating the instruction you initially gave verbally, it made it appear we had no defense.

  Your honor I apologize if my level of emotion in court was out of line, I had a lot at stake and became very emotional. It wasn't until the verdict of guilty came back that it really dawned on me how much my actions have effected other people beside my self. Jail doesn't particularly bother me other than the fact that I don't have access to my family. I eat, sleep, read, shower, write, and watch T.V. However, me not being home has had a devastating effect on my family. My sister has had to take a full time job because I have been unable to help pay for her Johnson and Wales tuition anymore from jail. My wife is devastated having to

raise our child alone. It is a hardship to even pay for the gas to come see me. She has been unable to work because Inspector Blanchard had her legitimate ebay business closed on March 31st, and she can't work outside the house because there is no one to watch the baby. None of this is your fault judge. My actions have put me here and I fully accept and appreciate that. I just wish there was a way for me to suffer and serve the time for my crime that has less of in effect on my family. I thought there was a way that would work for everyone. I could be released on bail from this facility until sentencing. This would give me potentially 6 months, possibly a little more if I were allowed released pending appeal to help my wife sell our house, get rid of our 2 leased vehicles, and save a little money for the baby. The baby turned 1 week old yesterday and is already costing us a fortune that we don't have. My wife has $1,600 left and a stack of bills that are still unpaid. I am no longer a risk to the community your honor. My life is about helping people now, not hurting people. I was kicked out of my home at 16 years old. There was no one who could help me other than the O'neill's of 8 Highland Park Rd., Rutland, MA. They took me in for 6 months until I could get on my feet, and I am forever indebted to them. Call Diane at 508-886-2712 and ask her how I've tried

to repay them. When her husband was laid off, I brought them $120 in groceries and also gave them $1000 to pay their overdue electric bill and make their car payment. Reflecting on this your honor, I realize that it was not my money I was giving away. I did think I was doing the right thing. I grew up without a father, and don't want my daughter to have to do the same. I have mostly gotten over growing up without a father, but my sister is still devastated by it. I don't want my beautiful innocent daughter growing up with the same pain. Prior to the Rolex Fraud plea a few months ago, I had never been convicted of a crime. Your honor I am not a 40 year old hardened criminal who has participated in a life of crime. I am an idiotic 21 year old who participated in some foolish activities over the past several years. I have a terrible gambling problem that got progressively worse over the last several years as I began to steal larger amounts of money. One of the people I gambled with was the Albertelli family. They lived right down the street from me in Stow, MA (Old Stow Rd in Hudson, MA where I live becomes Hudson Rd in Stow where the Albertelli's live. If you follow it down about 1/4 of a mile.) I was so apologetic for my actions and in a state of trying to make them right, that I participated in

Sawmill in early 2005 shortly after I was indicted. I also told Michael Tabak of the U.S. Attorney's office that I would be happy to help if I could be of any further assistance. I also offered to plead guilty to the Superbowl case on April 24th and repent for my actions, but Alan Bookbinder was champing at the bit for a trial and refused to give acceptance of responsibility at that point even though I had adequate access to My Rapport prior to that date.

Your honor I write to you asking for an opportunity. No one else has given me an opportunity, and I don't know why you should either. I guess I don't see the harm that can be caused your honor. You have control — as much as you chose — of the next 2-30 years of my life (15 counts x up to 20 years each). If you were to release me and I was to burn you, burn me your honor. Double the sentence you plan to impose. I am clearly not a flight risk: when I was detained, they arrested me in the U.S. Pretrial Services office when I was checking in with Ms. Cuascut. Regardless of how much Ms. Cuascut dislikes me, I did always check in with her as directed by the court before 10:00 A.M. 5 days a week.

Your honor, I guess I just don't see how jail

going to help rehabilitate me and make me a better person. Your honor, the only thing that is going to make me a better person is a legitimate job, counseling for my gambling problem, and a court order keeping me from opening any additional lines of credit to pile me deeper into debt. Judge, maybe the argument could be made that I was already given this chance I ask you for in Superior Court. In response to that your honor, I would say that ~~regardless of~~ with all due respect to Judge McCann in Superior Court, the Court was a joke. I was indicted twice on multiple counts and walked out on personal recognizance both times. My Atty was Sean Murray, the brother of the Mayor of Worcester, and I was promised as long as the case stayed in Superior Court, I wasn't going to jail. Federal Court is and was a completely different ball game from day one. Your court is what made me realize how serious the charges against me were your honor. Seeing the people I hurt at trial put this in further perspective. I am sorry for the pain I caused to many people and hope to some day repay them and make it right.

The last thing I will say your honor is that I care about what happens with my life. I started

6

working very hard at making this legitimate business work and I did. I made a fair amount of money and was quickly nicknamed Bill Gates Jr. because of my business acumen. I know if given the chance I could run a legitimate business again. I came up on most sidebars and fought very hard during the trial because I knew what was at stake your honor. I am glad we lost regardless of the circumstances because it made me reflect on my life in a way I would not have, had we won.

    If you're still reading your honor, I greatly appreciate you taking the time out of your busy day. I hope you verify some of the things I have told you, and give me a chance. I assure you that you won't regret it Judge. Call Diane O'neill, call Paul at First Fidelity Sportsbook at 877-746-6697 and ask him how much I lost. Pull the records up at www.wager7.com (account # 102894, password: autographs) if they won't give you the information over the phone. I gambled so frequently I had all this information memorized. Pull my record and look at the person I can be, and please give me the opportunity to continue to build the family I never had growing up. If you need additional to release me, my wife will put up our house, or, other might put their house up as well. I apologize for the paper things

written on, but it is all I have. Thanks for taking the time judge.

Sincerely,

Michael R. Deppe, a future productive member of society

Mhl R