UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-1048

USDC Docket Number : 05cr40007-FDS

UNITED STATES OF AMERICA

v.

MICHAEL DEPPE

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

121

are the originally filed pleadings to be included with the record on appeal in the above entitled case. In testimony whereof, I hereunto set my hand and affix the seal of this Court on 2/2/07.

Sarah A. Thornton, Clerk of Court

By:    /s/ Sherry Jones

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date:
C. Dunn
U.S. Court of Appeals
Deputy Clerk, US Court of Appeals

FEB 5 2007

ClerksCertificate-supplemental.frm - 3/06