## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 07-1048

USDC Docket Number : 05-40007-FDS

United States of America

v.

Michael R. Deppe

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 126-134 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 23, 2007.

Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05