# United States Court of Appeals
## For the First Circuit

No. 07-1048

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL R. DEPPE,

Defendant, Appellant.

**JUDGMENT**

Entered: December 11, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Appellant Michael R. Deppe's conviction and sentence are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/4/08

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Arza R. Feldman, Mr. Steven A. Feldman, Mr. Adam J. Bookbinder, Mr. Seth P. Berman, & Ms. Dina M. Chaitowitz.]